UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LEHIGH VALLEY 1 LLC

V.

WHITEHALL FIDUCIARY LLC,
AS TRUSTEE OF WHITEHHALL
TRUST U/T/A DATED AUGUST 1, 2007

Civil Action
No: 5:24-cv-02627

DISCLOSURE STATEMENT FORM

Please check one box:

[✔] The nongovernmental corporate party, __Lehigh Valley 1, LLC__, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

06/28/2024
Date

*Phillip D. Berger*
Signature

Counsel for: Plaintiff