**EXHIBIT 2**
**Lehigh Valley 1, LLC**
**Organizational Chart**

