KOZLOFF STOUDT
Professional Corporation
By:   Joan E. London, Esquire
       Attorney I.D. #67934
2640 Westview Drive
Wyomissing, PA 19610
jlondon@kozloffstoudt.com
(610) 670-2552                       SPECIAL COUNSEL FOR DEFENDANT

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEHIGH VALLEY 1 LLC SUCCESSOR BY ASSIGNMENT TO WINDSTREAM CAPITAL LLC, SUCCESSOR BY ASSIGNMENT TO THE UNITED STATES SECRETARY OF HOUSING AND URBAN DEVELOPMENT SUCCESSOR BY ASSIGNMENT TO M&T REALTY CAPITAL CORPORATION,<br>                Plaintiff | CIVIL ACTION<br>No.: 5:24-cv-02627-JLS |
| v.<br>WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007<br>                Defendant | Assigned to: Jeffrey L. Schmehl, J. |

### ENTRY OF APPEARANCE

Please enter the appearance of JOAN E. LONDON of KOZLOFF STOUDT, for Defendant, Whitehall Fiduciary LLC, as Trustee of Whitehall Trust U/T/A Dated August 1, 2007, in the above case and designate 2640 Westview Drive, Wyomissing, Pennsylvania, as the place within the County of Berks, where papers, process and notices may be served via US Mail; additionally, counsel consents and is registered for service electronically through the ECF Filing System.

                                              KOZLOFF STOUDT
                                              Professional Corporation

Dated: SEP 0 3 2024                             _____
                                              Joan E. London, Esquire
                                              *Attorneys for Defendant*

KOZLOFF STOUDT
Professional Corporation
By:   Joan E. London, Esquire
      Attorney I.D. #67934
2640 Westview Drive
Wyomissing, PA 19610
jlondon@kozloffstoudt.com
(610) 670-2552                           SPECIAL COUNSEL FOR DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEHIGH VALLEY 1 LLC SUCCESSOR BY ASSIGNMENT TO WINDSTREAM CAPITAL LLC, SUCCESSOR BY ASSIGNMENT TO THE UNITED STATES SECRETARY OF HOUSING AND URBAN DEVELOPMENT SUCCESSOR BY ASSIGNMENT TO M&T REALTY CAPITAL CORPORATION,<br>Plaintiff | CIVIL ACTION<br>No.: 5:24-cv-02627-JLS |
| v.<br>WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007<br>Defendant | Assigned to: Jeffrey L. Schmehl, J. |

CERTIFICATE OF SERVICE

I, Joan E. London, Esquire, attorney for Defendant, Saucon Trust, U/T/A Dated October 1, 2007 that on __SEP 0 3 2024__ a copy of the attached *Entry of Appearance* was filed electronically and is available for viewing and downloading from the ECF system. I further certify that the foregoing party was served with the foregoing documents via electronic means through the ECF system or by first class mail:

Phillip D. Berger, Esquire
Berger Law Group, PC
919 Conestoga Road
Building Three, Suite 114
Rosemont, PA 19010
berger@bergerlawpc.com
*Attorneys for Plaintiff*

Rebecca J. Price, Esquire
Norris McLaughlin, PA
515 W. Hamilton Street, Suite 502
Allentown, PA 18101
rprice@norris-law.com
*Attorneys for Defendant*

KOZLOFF STOUDT
Professional Corporation

*Joan E. L* (signature)

Joan E. London, Esquire
*Attorneys for Defendant*