IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEHIGH VALLEY 1 LLC, successor by assignment to WINDSTREAM CAPITAL LLC, successor by assignment to the UNITED STATES SECRETARY OF HOUSING AND URBAN DEVELOPMENT, successor by assignment to M&T REALTY CAPITAL CORPORATION** | : : : : : : : : | **CIVIL ACTION** |
| | : | : NO. 24-2627 |
| | : | |
| **v.** | : | |
| | : | |
| **WHITEHALL FIDUCIARY LLC, as TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007** | : : : | |

| | | |
|---|---|---|
| **LEHIGH VALLEY 1, LLC, successor by assignment to WINDSTREAM CAPITAL LLC, successor by assignment to the UNITED STATES SECRETARY OF HOUSING AND URBAN DEVELOPMENT, successor by assignment to M&T REALTY CAPITAL CORPORATION** | : : : : : : : | **CIVIL ACTION** |
| | : | **NO. 24-2709** |
| | : | |
| **v.** | : | |
| | : | |
| **SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007** | : : | |

## RECEIVER'S FIRST REPORT AND SUMMARY OF INVENTORY

COMES NOW Duane Morris LLP through Erin Duffy, Esq., Receiver ("Receiver") in the above styled and numbered cause and, pursuant to the Order Appointing Receiver entered by the Court on May 2, 2025 ("Receivership Order"), files this First Report and Summary of Inventory.

## I.      RECEIVER'S FIRST REPORT

1.      Pursuant to the Receivership Order, Receiver submits to the Court this First Report for the senior living facilities owned by Whitehall Fiduciary LLC, as Trustee of Whitehall Trust U/T/A Dated August 1, 2007 ("Whitehall") at 1177 6th Street, Whitehall, PA and Saucon Trust U/T/A Dated October 1, 2007 ("Saucon") at 1050 Main Street, Unit # 1, Hellertown, PA (collectively the "Properties"). This First Report pertains to the Properties comprising the

receivership as of June 2, 2025, and is more fully set forth on the attached **Exhibit "A"**, which is incorporated herein by reference.

2. I hereby declare that the information contained in this First Report is true, accurate and complete, to the best of my knowledge and belief.

**II. SUMMARY OF INVENTORY**

3. Pursuant to paragraph 6(t) of the Receivership Order, Receiver also files this Summary of Inventory for the Property. Though Receiver has obtained no property, a summary is set forth in **Exhibit A**.

4. In the event that Receiver comes into possession of property that is part of the receivership, Receiver will supplement this Summary of Inventory.

Dated: June 2, 2025

Respectfully submitted,

By: _/s/ Leigh Skipper_
Leigh M. Skipper (PA 49239)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
Tel.: (215) 979-1000
Fax: (215) 979-1020
emduffy@duanemorris.com
LMSkipper@duanemorris.com

*Receiver, Duane Morris LLP*

<u>EXHIBIT "A"</u>

**RECEIVER'S FIRST REPORT AND SUMMARY OF INVENTORY**

<u>**INTRODUCTION**</u>

Duane Morris through Erin Duffy, Esq. ("**Receiver**") was appointed as Receiver of two senior living facilities located at 1177 6th Street, Whitehall, PA ("**Whitehall Manor**") and 1050 Main Street, Unit # 1, Hellertown, PA ("**Saucon Manor**") ("**Properties**") following the entry of the Order Appointing Receiver entered on May 2, 2025.

<u>**STATUS OF THE PROPERTIES**</u>

*Overview:* The Whitehall facility is a personal care home and memory care facility. Saucon Manor is a personal care home and memory care facility. Receivers' attorneys physically inspected both properties on May 21, 2025, and both Properties appeared to be fully operational and generally in good condition.

*Appointment:* Since appointment ("**Appointment**") as Receiver, Receiver has not received any books and records required by the order that appointed Receiver. *See* Motion for Contempt and supporting filings, Dkt. Nos. 71 (24-2627) and 64 (24-2709). Receiver has run its own lien search on the properties and is awaiting those results. Receiver has also filed a Right to Know Request with the Pennsylvania Department of Human Services seeking correspondence related to the Properties and their licensure.

*Rent Collection & Occupancy:* Receiver did not collect any revenue in May. In addition, Borrower did not turn over any May rents collected prior to Appointment, or any June rents collected following Appointment.

As of June 2, 2025, Receiver does not possess a copy of the rent roll and cannot attest to the Properties' occupancy rate or financial status.

As of June 2, 2025, because both management companies did not provide any receivables report following Appointment.

*Make Ready Status/Marketing:* Given Receiver has no documentation from Defendants, Receiver lacks information about vacancy, occupancy, and number of move-ins and move-outs during the month of May, and is thus unable to determine what, if any, prescribed plan may be necessary.

*Staff & Management:*  Receiver does not have employee records, and thus is not aware of how many employees are at the Properties, or the sufficiency of staffing to meet the needs of the residents.

*Licensing*: At the time of Appointment, upon information and belief, both Properties, were in compliance with licensure requirements. A copy of the licenses at the time of Appointment is attached as **Exhibit "1".**

*Records & IT*: Following Appointment, Borrower's management companies have not provided Receiver with any information needed for the operation of the Property, including not providing a rent roll report, income statement or balance sheet.

*Maintenance:*  Following Appointment, Receiver has not yet identified outstanding maintenance issues and will re-assess upon further information.

*Insurance:*  Receiver has not yet received a copy of the certificates of liability insurance from the management companies.

*Utilities and Contracts:* Receiver is unaware of any delinquency in utilities due to lack of records.

Receiver has not had the opportunity to review contracts in place at the Properties to determine where there are outstanding amounts due.

*Litigation:*  Upon information and belief, there is a pending Sheriff's sale of 1050 Main Street, Hellertown, PA, scheduled for August 8, 2025, a notice of which is attached as **Exhibit "2"**.

*Inspection of the Property:* Receiver has completed an initial, limited inspection of the Property and there are a number of deferred maintenance issues that will have to be addressed.

As it relates to the interior of the Property, the initial inspection revealed a very minor hole and evidence of ceiling water damage at Whitehall Manor. The initial inspection only included one, recently vacated unit at Whitehall Manor and included no units at the Saucon facility. Receiver did not assess the status of locks or windows.

As it relates to the exterior of the Property, the initial inspection revealed the following: (1) on the upper floor balcony of Whitehall Manor, there is a corner occupied by miscellaneous clutter, including pipes, rods, and trash. Receiver did not assess the status of locks or windows.

A copy of photographs taken at the time of inspection are attached hereto as **Exhibit "3"**.

*Receiver's Compensation:* Pursuant to paragraph 17 of the Order Appointing Receiver, during the month of May, Receiver is entitled to an hourly Receivership Fee of $975, and reimbursement of reasonable costs and expenses associated with the Receivership. As of June 2, 2025, Receiver has billed $46,393.00 in business expenses associated with the Appointment of the Property.

**Bank Account & Operations Overview:** Receiver has not established a new bank account for the Properties. Receiver will establish and control a new bank account of the Properties upon receipt of the financials and receivables.

## SUMMARY OF INVENTORY

Receiver has taken possession of no inventory as of June 2, 2025, and has thus not attached an inventory of the property.

# EXHIBIT 1



**pennsylvania**
DEPARTMENT OF HUMAN SERVICES

# CERTIFICATE OF COMPLIANCE

This certificate is hereby granted to **WHITEHALL MANOR, INC.**
LEGAL ENTITY

To operate **WHITEHALL MANOR**
NAME OF FACILITY OR AGENCY

Located at **1177 SIXTH STREET, WHITEHALL, PA 18052**
(COMPLETE ADDRESS OF FACILITY OR AGENCY)

ADDRESS OF SATELLITE SITE/SERVICE LOCATION

ADDRESS OF SATELLITE SITE/SERVICE LOCATION

ADDRESS OF SATELLITE SITE/SERVICE LOCATION

To provide **Personal Care Homes**
TYPE OF SERVICE(S) TO BE PROVIDED

The total number of persons which may be cared for at one time may not exceed **130**
(MAXIMUM CAPACITY)
or the maximum capacity permitted by the Certificate of Occupancy, whichever is smaller.

Restrictions: **Secure Dementia Care Unit - 55 Pa.Code §§ 2600.231-239 - Capacity 20**

This certificate is granted in accordance with the Human Services Code of 1967, P.L. 31, as amended, and Regulations

**55 Pa.Code Chapter 2600: Personal Care Homes**
(MANUAL NUMBER AND TITLE OF REGULATIONS)

and shall remain in effect from **October 24,** **2024** until **October 24,** **2025** ,
unless sooner revoked for non-compliance with applicable laws and regulations.

No: **216650**

_(signature)_
ISSUING OFFICER

_Juliet Marsala_
DEPUTY SECRETARY

**NOTE:** This certificate is issued for the above site(s) only and is not transferable
and should be posted in a conspicuous place in the facility.

HS 628 – 04/23



## pennsylvania
### DEPARTMENT OF HUMAN SERVICES

# CERTIFICATE OF COMPLIANCE

This certificate is hereby granted to **SAUCON VALLEY MANOR II LLC**
LEGAL ENTITY

To operate **SAUCON VALLEY MANOR II**
NAME OF FACILITY OR AGENCY

Located at **1050 MAIN STREET, HELLERTOWN, PA  18055**
(COMPLETE ADDRESS OF FACILITY OR AGENCY)

ADDRESS OF SATELLITE SITE/SERVICE LOCATION

ADDRESS OF SATELLITE SITE/SERVICE LOCATION

ADDRESS OF SATELLITE SITE/SERVICE LOCATION

To provide **Personal Care Homes**
TYPE OF SERVICE(S) TO BE PROVIDED

The total number of persons which may be cared for at one time may not exceed **80**
or the maximum capacity permitted by the Certificate of Occupancy, whichever is smaller.
(MAXIMUM CAPACITY)

Restrictions:

This certificate is granted in accordance with the Human Services Code of 1967, P.L. 31, as amended, and Regulations

**55 Pa.Code Chapter 2600: Personal Care Homes**
(MANUAL NUMBER AND TITLE OF REGULATIONS)

and shall remain in effect from **May 10,** **2025** until **May 10,** **2026** ,
unless sooner revoked for non-compliance with applicable laws and regulations.

No: **230070**

_Juliette Silberspar_
ISSUING OFFICER

_Juliet Marsala_
DEPUTY SECRETARY

**NOTE:** This certificate is issued for the above site(s) only and is not transferable
and should be posted in a conspicuous place in the facility.

HS 628 – 04/23



# CERTIFICATE OF COMPLIANCE

This certificate is hereby granted to **SAUCON VALLEY MANOR INC.**
LEGAL ENTITY

To operate **SAUCON VALLEY MANOR**
NAME OF FACILITY OR AGENCY

Located at **1050 MAIN STREET, HELLERTOWN, PA  18055**
(COMPLETE ADDRESS OF FACILITY OR AGENCY)

ADDRESS OF SATELLITE SITE/SERVICE LOCATION

ADDRESS OF SATELLITE SITE/SERVICE LOCATION

ADDRESS OF SATELLITE SITE/SERVICE LOCATION

To provide **Personal Care Homes**
TYPE OF SERVICE(S) TO BE PROVIDED

The total number of persons which may be cared for at one time may not exceed **201**
or the maximum capacity permitted by the Certificate of Occupancy, whichever is smaller.
(MAXIMUM CAPACITY)

Restrictions: **Secure Dementia Care Unit - 55 Pa.Code §§ 2600.231-239 - Capacity 100**

This certificate is granted in accordance with the Human Services Code of 1967, P.L. 31, as amended, and Regulations

**55 Pa.Code Chapter 2600: Personal Care Homes**
(MANUAL NUMBER AND TITLE OF REGULATIONS)

and shall remain in effect from **September 3,** **2024** until **September 3,** **2025** ,
unless sooner revoked for non-compliance with applicable laws and regulations.

No: **205810**

ISSUING OFFICER

DEPUTY SECRETARY

**NOTE:** This certificate is issued for the above site(s) only and is not transferable
and should be posted in a conspicuous place in the facility.

HS 628 – 04/23

# EXHIBIT 2



2700 Horizon Drive, Suite 100
King of Prussia, PA 19406
www.portnoffonline.com
P 866.720.9748

BB0324

## NOTICE OF SHERIFF'S SALE

| | |
|---|---|
| TO: | ALL INTERESTED PARTIES AND CLAIMANTS |
| OWNER(S): | Saucon Trust |
| PLAINTIFF/SELLER: | Saucon Valley School District |
| PROPERTY: | 1050 Main Street, Hellertown, Pennsylvania |
| TAX PARCEL NO. | Q7SW2A 1 3 0715 |
| NORTHAMPTON COUNTY DOCKET NO. | C-48-CV-2024-06488 |
| JUDGMENT AMOUNT: | $129,846.24 |

The above-described property is scheduled to be sold at a Sheriff Sale on Friday, August 8, 2025, at 10:00 a.m. in County Council Chambers, 3rd Floor of the Northampton County Government Center, 669 Washington Street, Easton, PA. Our records indicate that you may have a legal interest in the property. A Sheriff's Sale may have a substantial impact upon your interest. You may wish to attend the sale to protect your interest.

A schedule of distribution will be filed by the Sheriff on a date specified by the Sheriff not later than 30 days after the sale. Distribution will be made in accordance with the schedule unless exceptions are filed thereto within 10 days after the filing of the schedule.

Very truly yours,

PORTNOFF LAW ASSOCIATES, LTD.

24-08397-0/NOT/L_P

# EXHIBIT 3







