IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEHIGH VALLEY 1 LLC, successor by assignment to WINDSTREAM CAPITAL LLC, successor by assignment to the UNITED STATES SECRETARY OF HOUSING AND URBAN DEVELOPMENT, successor by assignment to M&T REALTY CAPITAL CORPORATION,<br><br>*Plaintiff*,<br>v.<br><br>WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A, DATED AUGUST 1, 2007, and SAUCON TRUST, U/T/A October 1, 2007,<br><br>*Defendants.* | CIVIL ACTION NO. 24-2627 |
| WHITEHALL FIDUCIARY LLC, AS, TRUSTEE OF WHITEHALL TRUST U/T/A, DATED AUGUST 1, 2007, and SAUCON TRUST, U/T/A October 1, 2007,<br><br>*Third-Party Plaintiffs*,<br>v.<br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br>-and-<br>ERIC SCOTT TURNER, in his Official Capacity as Secretary of the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>*Third-Party Defendants.* | |

# ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of the motion of Third-Party Defendants United States Department of Housing and Urban Development ("HUD") and Eric Scott Turner, in his official capacity as Secretary of HUD, for leave to file a memorandum of law exceeding twenty-five pages, it is hereby ORDERED that the motion is GRANTED.

It is ORDERED that the memorandum of law for any motion to dismiss filed by Third-Party Defendants shall not exceed 30 pages.

**BY THE COURT:**

_____
**CATHERINE HENRY, J.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEHIGH VALLEY 1 LLC, successor by assignment to WINDSTREAM CAPITAL LLC, successor by assignment to the UNITED STATES SECRETARY OF HOUSING AND URBAN DEVELOPMENT, successor by assignment to M&T REALTY CAPITAL CORPORATION, <br><br> *Plaintiff*, <br> v. <br><br> WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A, DATED AUGUST 1, 2007, and SAUCON TRUST, U/T/A October 1, 2007, <br><br> *Defendants.* | CIVIL ACTION NO. 24-2627 |
| WHITEHALL FIDUCIARY LLC, AS, TRUSTEE OF WHITEHALL TRUST U/T/A, DATED AUGUST 1, 2007, and SAUCON TRUST, U/T/A October 1, 2007, <br><br> *Third-Party Plaintiffs*, <br> v. <br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br> -and- <br> ERIC SCOTT TURNER, in his Official Capacity as Secretary of the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> *Third-Party Defendants.* | |

## THIRD-PARTY/GOVERNMENT DEFENDANTS' MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW EXCEEDING 25 PAGES

For the reasons set forth in the accompanying memorandum of law, Third-Party Defendants respectfully request that the Court enter the accompanying order granting them leave to file a memorandum of law that exceeds 25 pages. Third-Party Defendants' counsel attempted to confer with Third-Party Plaintiff's counsel, but has not received a response as of the filling of this motion.

Dated: June 12, 2025                                 Respectfully submitted,

                                                    DAVID METCALF
                                                    United States Attorney

                                                    */s/ Frank A. De Luccia*
                                                    ERIN E. LINDGREN
                                                    FRANK A. DE LUCCIA
                                                    Assistant United States Attorneys
                                                    United States Attorney's Office
                                                    Eastern District of Pennsylvania
                                                    615 Chestnut Street, Suite 1250
                                                    Philadelphia, PA 19106
                                                    Tel: (215) 861-8564 (EL) / 8553 (FAD)
                                                    Email: Erin.Lindgren@usdoj.gov
                                                    Email: Frank.DeLuccia@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEHIGH VALLEY 1 LLC, successor by assignment to WINDSTREAM CAPITAL LLC, successor by assignment to the UNITED STATES SECRETARY OF HOUSING AND URBAN DEVELOPMENT, successor by assignment to M&T REALTY CAPITAL CORPORATION,<br><br>*Plaintiff*,<br>v.<br><br>WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A, DATED AUGUST 1, 2007, and SAUCON TRUST, U/T/A October 1, 2007,<br><br>*Defendants.* | CIVIL ACTION NO. 24-2627 |
| WHITEHALL FIDUCIARY LLC, AS, TRUSTEE OF WHITEHALL TRUST U/T/A, DATED AUGUST 1, 2007, and SAUCON TRUST, U/T/A October 1, 2007,<br><br>*Third-Party Plaintiffs*,<br>v.<br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br>-and-<br>ERIC SCOTT TURNER, in his Official Capacity as Secretary of the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>*Third-Party Defendants.* | |

**MEMORANDUM IN SUPPORT OF THIRD-PARTY/
GOVERNMENT DEFENDANTS' MOTION FOR LEAVE
TO FILE MEMORANDUM OF LAW EXCEEDING 25 PAGES**

Third-Party Defendants United States Department of Housing and Urban Development ("HUD") and Eric Scott Turner, in his official capacity as Secretary of HUD, intend to file a motion to dismiss in this action. Defendants respectfully requests that the Court grant them leave to file a memorandum of law that exceeds 25 pages in support of its motion to dismiss.

This Court's Policies and Procedures require page limits, absent leave, of 25 pages. Policies and Procedures for Judge Catherine Henry at E(1). However, where additional pages are necessary, the Court allows parties to seek leave to exceed the page limit by motion. *Id.*

Additional pages are necessary to brief all of the issues raised in the six claims brought by Third-Party Plaintiffs and to fully explain the Third-Party Defendant's arguments.

Consequently, Third-Party Defendants request an additional 5 pages (*i.e.*, that the page limit be increased from 25 to 30 pages) for its memorandum in support of its motion to dismiss.

3

Dated: June 12, 2025                                            Respectfully submitted,

DAVID METCALF
United States Attorney

*/s/ Frank A. De Luccia*
ERIN E. LINDGREN
FRANK A. DE LUCCIA
Assistant United States Attorneys
United States Attorney's Office
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 861-8564 (EL) / 8553 (FAD)
Email: Erin.Lindgren@usdoj.gov
Email: Frank.DeLuccia@usdoj.gov

## CERTIFICATE OF SERVICE

    I certify that on this date I caused the foregoing motion to be filed via CM/ECF, which will send notice of the filing to all registered users and make it available for downloading and viewing from the ECF system.

                                                      */s/ Erin E. Lindgren*
                                                  ERIN E. LINDGREN
                                                  Assistant United States Attorney