**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LEHIGH VALLEY 1 LLC, successor by assignment to WINDSTREAM CAPITAL LLC, successor by assignment to the UNITED STATES SECRETARY OF HOUSING AND URBAN DEVELOPMENT, successor by assignment to M&T REALTY CAPITAL CORPORATION** | : : : : : : : | **CIVIL ACTION** |
| | : | **NO.  24-2627** |
| | : | |
| **v.** | : | |
| | : | |
| **WHITEHALL FIDUCIARY LLC, as TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007** | : : : | |

| | | |
|---|---|---|
| **LEHIGH VALLEY 1, LLC, successor by assignment to WINDSTREAM CAPITAL LLC, successor by assignment to the UNITED STATES SECRETARY OF HOUSING AND URBAN DEVELOPMENT, successor by assignment to M&T REALTY CAPITAL CORPORATION** | : : : : : : : | **CIVIL ACTION** |
| | : | **NO. 24-2709** |
| | : | |
| **v.** | : | |
| | : | |
| **SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007** | : : | |

**RECEIVER'S SECOND REPORT AND SUMMARY OF INVENTORY**

COMES NOW Duane Morris LLP through Erin Duffy, Esq., Receiver ("Receiver") in the

above styled and numbered cause and, pursuant to the Order Appointing Receiver entered by the

Court on May 2, 2025 ("Receivership Order"), files this Second Report and Summary of Inventory.

**I.      RECEIVER'S SECOND REPORT**

1.      Pursuant to the Receivership Order, Receiver submits to the Court this Second

Report for the senior living facilities owned by Whitehall Fiduciary LLC, as Trustee of Whitehall

Trust U/T/A Dated August 1, 2007 ("Whitehall") at 1177 6th Street, Whitehall, PA and Saucon

Trust U/T/A Dated October 1, 2007 ("Saucon") at 1050 Main Street, Unit # 1, Hellertown, PA

(collectively the "Properties"). This Second Report pertains to the Properties comprising the receivership as of July 31, 2025, and is more fully set forth on the attached **Exhibit "A"**, which is incorporated herein by reference.

2.      I hereby declare that the information contained in this Second Report is true, accurate and complete, to the best of my knowledge and belief.

## II.      SUMMARY OF INVENTORY

3.      Pursuant to paragraph 6(t) of the Receivership Order, Receiver also files this Summary of Inventory for the Property, as set forth in **Exhibit A**. This Summary of Inventory reflects that Receiver has not, as of July 31, 2025, taken inventory of property. Receiver has interviewed and is in the process of engaging a more local representative, Mr. Gregory Harris with Harlyn Consulting, located in Allentown, Pennsylvania. Mr. Harris will serve as property manager and address inventory. Gregory Harris will provide these services at a reasonable rate of $295/hour.

4.      Receiver will supplement this Summary of Inventory once Receiver has taken a full inventory.

Dated:  July 31, 2025                                Respectfully submitted,

                                           By:  */s/ Erin Duffy*
                                                 Erin M. Duffy (PA 93924)
                                                 DUANE MORRIS LLP
                                                 30 South 17th Street
                                                 Philadelphia, PA 19103
                                                 Tel.: (215) 979-1000
                                                 Fax: (215) 979-1020
                                                 emduffy@duanemorris.com


                                                 *Receiver, Duane Morris LLP*

<u>EXHIBIT "A"</u>

**RECEIVER'S SECOND REPORT AND SUMMARY OF INVENTORY**

<u>INTRODUCTION</u>

Duane Morris through Erin Duffy, Esq. ("**Receiver**") was appointed as Receiver of two senior living facilities located at 1177 6th Street, Whitehall, PA ("**Whitehall Manor**") and 1050 Main Street, Unit # 1, Hellertown, PA ("**Saucon Manor**") ("**Properties**") following the entry of the Order Appointing Receiver entered on May 2, 2025. The following is a summary as of July 31, 2025.

<u>STATUS OF THE PROPERTIES</u>

*Overview:* The Whitehall facility is a personal care home and memory care facility. Saucon Manor is a personal care home and memory care facility. Receivers' attorneys physically inspected both properties on May 21, 2025, and both Properties appeared to be fully operational and generally in good condition.

*Appointment:* Since appointment ("**Appointment**") as Receiver, Receiver has obtained copies of both properties' leases, trust information and employee identification numbers for both trusts, proof of insurance policies for both properties, Department of Human Services inspection summaries from 2024, and Department of Human Services certificates of compliance for Whitehall Manor. Receiver has also received a copy of a praecipe for default judgment as it relates to the previously reported pending Sheriff's tax sale. Receiver has run its own lien search on the properties. Receiver has also filed a Right to Know Request with the Pennsylvania Department of Human Services and received correspondence related to the Properties and their licensure. Receiver has additionally reviewed the Properties' leases and issued a letter to tenants indicating that certain lease amendments are null and void, and demanding payment of owed rent by August 11, 2025. **("Exhibit 1").**

*Rent Collection & Occupancy:* Receiver did not collect any revenue in June. In addition, Borrower did not turn over any rents collected prior to Appointment, or any June rents collected following Appointment.

Receiver sent to counsel for the Properties an additional request for all outstanding operational documents and records (e.g., rent rolls, occupancy, and employee information) on July 16, 2025, and has not yet received the requested documents. Receiver will today file a Motion to Compel production of records to request the Court's intervention.

As of July 31, 2025, Receiver does not possess a copy of the rent roll and cannot attest to the Properties' occupancy rate or financial status.

As of July 31, 2025, both management companies have not provided any receivables report following Appointment.

*Make Ready Status/Marketing:* Receiver lacks information about vacancy, occupancy, and number of move-ins and move-outs during the month of May and June, and is thus unable to determine what, if any, prescribed plan may be necessary.

*Staff & Management:*  Receiver does not have employee records, and thus is not aware of how many employees are at the Properties, or the sufficiency of staffing to meet the needs of the residents.

*Licensing***:** Since the time of Appointment, upon information and belief, both Properties, remain in compliance with licensure requirements. As mentioned above, Receiver has obtained Department of Human Services inspection documentation for the Whitehall Manor property. Counsel for defendants additionally provided supplemental inspection and certificate of compliance documentation for Saucon Valley Manor. A combination of recent regulatory records is attached as **Exhibit "2"**.

*Records & IT*: Following Appointment, Borrower's management companies have not yet provided Receiver with certain information needed for the operation of either Property, including a rent roll report, income statement or balance sheet.

*Maintenance:*  Following Appointment, Receiver has not identified outstanding maintenance issues and will re-assess upon further information.

*Insurance:*  Counsel for defendants has provided, in addition to supporting redacted documentation, a redacted common policy declaration for a policy extending from October 1, 2024, to October 1, 2025, attached as **Exhibit "3"**.  Receiver requested unredacted insurance documents from counsel for defendants on July 16, 2025, and was met with impermissible demands that in exchange for the records, Receiver would either not share the records with the Court or allow the Court only to view the records *in camera*, and not share such records with the plaintiff. Receiver to date lacks unredacted insurance policy documentation.

*Utilities and Contracts:* Receiver is unaware of any delinquency in utilities due to lack of records.

Receiver has not had the opportunity to review contracts in place at the Properties to determine where there may be outstanding amounts due.

*Litigation:*  Upon information and belief, there was a pending Sheriff's sale of 1050 Main Street, Hellertown, PA, scheduled for August 8, 2025, which has since been resolved by payment plan. Receiver will monitor compliance with the payment plan, in which property management companies will make monthly payments towards owed tax amounts. Relatedly, Receiver's lien search produced a certificate of current property tax status for each property, attached as **Exhibit "4".**

*Inspection of the Property:* Receiver has not re-assessed the Properties.

*Bank Account & Operations Overview:*  Receiver has not yet established a new bank account for the Properties. Receiver will establish and control a new bank account of the Properties upon receipt of the financials and receivables. Counsel for defendants has provided receiver with two combined bank statements for checking accounts for both Whitehall Trust and Saucon Trust, the most recent of which is for January 1, 2025.

## SUMMARY OF INVENTORY

As noted, Receiver is in the process of engaging a local representative to assist with taking inventory and managing operations.

# EXHIBIT 1

# DuaneMorris®

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

*FIRM and AFFILIATE OFFICES*

BRETT L. MESSINGER
PARTNER
DIRECT DIAL: +1 215 979 1508
PERSONAL FAX: +1 215 689 4903
*E-MAIL:* BLMessinger@duanemorris.com

*www.duanemorris.com*

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
SOUTH JERSEY
SYDNEY
MYANMAR

ALLIANCES IN MEXICO

VIA FEDERAL EXPRESS

July 25, 2025

Rebecca J. Price, Esquire
Norris McLaughlin, PA
515 W. Hamilton Street, Ste. 502
Allentown, PA 18101

Benjamin P. Sheppard, Esquire
Norris McLaughlin PA
515 Hamilton Street, Ste. 502
Allentown, PA 18101

Joan E. London, Esquire
Kozloff Stoudt
2630 Westview Drive
Wyomissing, PA 18610

Raymond Gabriel Lahoud, Esquire
Lahoud Law Group, PC
600 Hamilton Street, Ste. 330
Allentown, PA 18101

Ms. Nimita Kapoor Atiyeh
President
Saucon Valley Manor, Inc.
1177 N. 6th Street
Whitehall, PA 10852

Mr. Abraham R. Atiyeh
President
Whitehall Manor, Inc.
1177 N. 6th Street
Whitehall, PA 10852

> **Re:** **That Certain Lease Agreement dated as of January 1, 2006, as amended from time to time & That Certain Lease Agreement dated as of August 14, 2008, as amended**

Dear Ladies and Gentlemen:

This firm acts for Duane Morris (through Erin Duffy, Esquire) in its capacity as Receiver for the properties owned by Whitehall Fiduciary LLC, as Trustee of Whitehall Trust U/T/A Dated August 1, 2007 (the "Whitehall Trust"), located at 1177 6th Street, Whitehall, Pennsylvania (the "Whitehall Property"), and by Saucon Trust U/T/A Dated October 1, 2007 (the "Saucon Trust"), located at 1050 Main Street, Unit #1, Hellertown, Pennsylvania (the "Hellertown Property"). I am writing to you in your capacities as attorneys for the Whitehall Trust and the Saucon Trust, and as tenants of each of those properties. Please be advised that the

Rebecca J. Price, Esquire
Benjamin P. Sheppard, Esquire
Joan E. London, Esquire
Raymond Gabriel Lahoud, Esquire
Ms. Nimita Kapoor Atiyeh
Mr. Abraham Atiyeh
July 25, 2025
Page 2

Fourth Amendment to the Lease as it relates to the Whitehall Property, and the Sixth Amendment to the Lease as it relates to the Hellertown Property, are rejected by the Receiver and will be treated as null and void. As a result, all rent obligations under the prior amendments remain in full force and effect, and all unpaid amounts are immediately due and payable.

**The Whitehall Lease**

Reference is made to that certain Lease Agreement dated as of August 14, 2008, by and between Whitehall Trust, as landlord, and Whitehall Manor, Inc. ("WMI"), as tenant, as amended by the First Amendment dated as of January 1, 2010, the Second Amendment dated as of January 1, 2012, the Third Amendment dated as of August 31, 2018, and the Fourth Amendment dated as of September 21, 2023. It is noted that the control of both the landlord and the tenant as of September 21, 2023, was incestuous, insofar as both the landlord and tenant were controlled by members of the Atiyeh family.

As relevant here, the Second Amendment set the annual rent in the amount of $1,668,000 per year, with monthly payments due in equal monthly installments of $80,000, with an additional payment of $708,000 to be paid on or before December 31st of the applicable calendar year. The Lease and Second Amendment (which incorporates the HUD Addendum to Operating Lease) also contains an acknowledgement to the U.S. Department of Housing and Urban Development ("HUD"), that the rent, additional rent, and sums payable under the Lease "are sufficient to properly maintain the Leased Premises, and to enable the Owner/Lessor to meet its debt service obligations and related expenses in connection with the Mortgage Loan and the Leased Premises." In addition, the Assignment of Lease Rider to Mortgage, which is attached to the Mortgage Agreement, provides, in paragraph 3, the following, "Mortgagor further agrees not to receive or collect any Rents in advance, nor pledge, or assign future Rents, nor release or discharge any Tenant thereof from any obligation under the Lease, *nor to cancel, modify, extend or renew any Lease* or dispossess any Tenant *without the written approval of Mortgagee.*" Finally, Tenant subordinated its leasehold interest to the Mortgage.

Whitehall Trust allegedly experienced financial difficulties in 2021, and (i) failed to make a payment under its Loan Agreements with Lehigh Valley 1 LLC ("Mortgagee") due February 5, 2021; and (ii) after applying money in a reserve account to the missed payment, it failed to make its payment to Mortgagee for the payment due July 2023, and each month thereafter.

Despite the financial difficulties being experienced by Whitehall Trust, and in a joint effort and scheme as between Whitehall Trust and WMI, the parties entered into the Fourth

DuaneMorris

Rebecca J. Price, Esquire
Benjamin P. Sheppard, Esquire
Joan E. London, Esquire
Raymond Gabriel Lahoud, Esquire
Ms. Nimita Kapoor Atiyeh
Mr. Abraham Atiyeh
July 25, 2025
Page 3

Amendment to Lease and Memorandum of Lease Extension (the "Whitehall Fourth Amendment"). In the Whitehall Fourth Amendment, Whitehall Trust and WMI purported to, among other things, memorialized an extension of the Whitehall Lease for a period of five additional years, or until December 31, 2028.  The Whitehall Fourth Amendment also forgave rental arrears, provided for no rent payment through December 31, 2024, and reduced the Base Rent for the years 2025 through 2028 from $1,668,000, to the greater of: (i) $120,000 per year; or (ii) 25% of the net operating profit of Tenant, up to a limit of $300,000, and, to the extent the Lease is extended for another term beginning on January 1, 2029, to the greater of: (i) $240,000 per year, or (ii) 25% of the net operating profit of Tenant, up to a limit of $500,000.  This represents a reduction of over 80% from the contractual rent amount. Finally, as relevant here, the Fourth Amendment purports to terminate any applicable HUD-Regulatory Agreement.

### The Saucon Lease

A similar scheme was employed as it relates to the Saucon Lease Agreement.  In that regard, reference is made to that certain Lease Agreement dated as of January 1, 2006, between Abraham R. Atiyeh,[1] as landlord, and Saucon Valley Manor, Inc. ("SVM"), as tenant, the Lease Amendment dated as of December 8, 2006, the Addendum to Lease Agreement dated as of October 1, 2007, the Second [sic] Addendum to Lease Agreement dated as of August 29, 2008, the Third Amendment dated as of January 1, 2010, the Fourth Amendment dated as of November 1, 2012, the Fifth Amendment dated as of July 1, 2018, and the Sixth Amendment dated as of September 21, 2023.  At some point the Saucon Property was transferred and placed into the Saucon Trust.

As with the Whitehall Trust, the control of both the landlord and the tenant of the Saucon Property were, as of September 21, 2023, controlled by members of the Atiyeh family.

The Saucon Trust also allegedly began to experience financial difficulties and (i) failed to make a payment under its Loan Agreements with Lehigh Valley 1 LLC ("Mortgagee") due February 5, 2021; and (ii) after applying money in a reserve account to the missed payment, it failed to make its payment to Mortgagee for the payment due July 2023, and each month thereafter.

As relevant here, the Saucon Fifth Amendment set the annual minimum rent at $1,705,421 per year, payable in equal monthly installments.  The Lease and Fifth Amendment

---

[1]    At some point, the ownership interest was transferred to

DuaneMorris

Rebecca J. Price, Esquire
Benjamin P. Sheppard, Esquire
Joan E. London, Esquire
Raymond Gabriel Lahoud, Esquire
Ms. Nimita Kapoor Atiyeh
Mr. Abraham Atiyeh
July 25, 2025
Page 4

(which incorporates the HUD Addendum to Operating Lease) contains an acknowledgement to HUD, that the rent, additional rent, and sums payable under the Lease "are sufficient to properly maintain the Leased Premises, and to enable the Owner/Lessor to meet its debt service obligations and related expenses in connection with the Mortgage Loan and the Leased Premises."

Despite the financial difficulties being experienced by Saucon Trust, and in a joint effort and scheme as between Saucon Trust and SVM, they entered into the Sixth Amendment to Lease Agreement (the "Saucon Sixth Amendment"). In that the Saucon Sixth Amendment, Saucon Trust and SVM purported to, among other things, memorialize an extension of the Saucon Lease for a period of five additional years, or until December 31, 2028.  The Saucon Sixth Amendment also forgave rental arrears, provided for no rent to be paid through December 31, 2024, reduced the Base Rent for the years 2025 through 2028 from $1,705,421, to the greater of: (i) $120,000 per year; or (ii) 25% of the net operating profit of Tenant, up to a limit of $300,000, and, to the extent the Lease is extended for another term beginning on January 1, 2029, to the greater of: (i) $240,000 per year, or (ii) 25% of the net operating profit of Tenant, up to a limit of $500,000. This represents a reduction of over 82% from the contractual rent amount.  Finally, as relevant here, it purports to terminate any applicable HUD-Regulatory Agreement.

The Whitehall Fourth Amendment and Saucon Sixth Amendment are hereby rejected and of no force and effect for, among other reasons: (i) they are not supported by any consideration[2], (ii) they were executed for the self-interest of the Atiyeh family; (iii) they were executed for the sole purpose of defrauding creditors and reducing payment to the Whitehall Trust and Saucon Trust, and decreasing the value of the Properties that were destined and then eventually placed under the control of the Receiver; (iv) they were executed to divert money away from the payment of monthly obligations owed to Mortgagee and instead to WMI and SVM, to the exclusion of Mortgagee; and (v) they were executed without the consent of Mortgagee.

Additionally, both amendments constitute fraudulent transfers under Pennsylvania's Uniform Voidable Transfer Act, 12 Pa.C.S. § 5101 et seq., as they were made: (a) with actual intent to hinder, delay or defraud creditors; (b) without receiving reasonably equivalent value in exchange; and (c) at a time when the landlords were insolvent or became insolvent as a result of the transfers.

---

[2]    *See e.g., In re Com. Trust Co. of Pittsburgh,* 347 Pa. 349 (1947); *Nicolella v. Palmer,* 432 Pa. 502 (1968).

DuaneMorris

Rebecca J. Price, Esquire
Benjamin P. Sheppard, Esquire
Joan E. London, Esquire
Raymond Gabriel Lahoud, Esquire
Ms. Nimita Kapoor Atiyeh
Mr. Abraham Atiyeh
July 25, 2025
Page 5

Insofar as the Whitehall Fourth Amendment and Saucon Sixth Amendment are rejected, void and without effect, both WMI and SVM are to immediately, and without delay, remit to the Receiver, the sum of $3,058,000 as it relates to the Whitehall Property, and $3,126,605, as it relates to the Saucon Property. Absent immediate payment, but in no event later than August 11, 2025, an event of default will be declared under each of the leases, and the Receiver will pursue all available remedies including, without limitation, eviction proceedings, personal judgments for all amounts due, and damages for breach of fiduciary duty. If you have made any payments towards these amounts, please provide proof of such payments and then deduct any such amounts from the total amount due.

Please be advised that if the above referenced amounts are not paid in full by August 11, 2025, the Receiver will exercise its authority under the Court's Receivership Orders to immediately terminate both WMI and SVM as the operating companies for the Whitehall and Saucon properties. The Receiver has already identified qualified replacement operators and is prepared to effectuate an immediate transition of operations. This termination will be permanent and will be result in the complete loss of your client's operating rights at both facilities.

The Court's Receivership Orders grant the Receiver full authority to operate, manage, and control all aspects of the Properties, including the right to terminate existing management and operating agreements and to engage new operators. The Receiver is prepared to exercise these powers immediately upon your failure to remit the amounts due.

Please be further advised that the Receiver reserves all rights to pursue claims against the individual members of the Atiyeh family who orchestrated these transactions, including claims for breach of fiduciary duty, aiding and abetting breach of fiduciary duty, conspiracy, and fraudulent transfer.

We trust that you will give immediate attention to this letter and remit the payments without delay.

Yours sincerely,

Brett L. Messinger

DM2\21772095.1
DM2\21775762.1

DuaneMorris

Rebecca J. Price, Esquire
Benjamin P. Sheppard, Esquire
Joan E. London, Esquire
Raymond Gabriel Lahoud, Esquire
Ms. Nimita Kapoor Atiyeh
Mr. Abraham Atiyeh
July 25, 2025
Page 6

BLM

# EXHIBIT 2



# pennsylvania
## DEPARTMENT OF HUMAN SERVICES

# CERTIFICATE OF COMPLIANCE

This certificate is hereby granted to **WHITEHALL MANOR, INC.**
LEGAL ENTITY

To operate **WHITEHALL MANOR**
NAME OF FACILITY OR AGENCY

Located at **1177 SIXTH STREET, WHITEHALL, PA 18052**
(COMPLETE ADDRESS OF FACILITY OR AGENCY)

ADDRESS OF SATELLITE SITE/SERVICE LOCATION

ADDRESS OF SATELLITE SITE/SERVICE LOCATION

ADDRESS OF SATELLITE SITE/SERVICE LOCATION

To provide **Personal Care Homes**
TYPE OF SERVICE(S) TO BE PROVIDED

The total number of persons which may be cared for at one time may not exceed **130**
(MAXIMUM CAPACITY)
or the maximum capacity permitted by the Certificate of Occupancy, whichever is smaller.

Restrictions: **Secure Dementia Care Unit - 55 Pa.Code §§ 2600.231-239 - Capacity 20**

This certificate is granted in accordance with the Human Services Code of 1967, P.L. 31, as amended, and Regulations

**55 Pa.Code Chapter 2600: Personal Care Homes**
(MANUAL NUMBER AND TITLE OF REGULATIONS)

and shall remain in effect from **October 24,** **2024** until **October 24,** **2025** ,
unless sooner revoked for non-compliance with applicable laws and regulations.

No: **216650**

_(signature)_
ISSUING OFFICER

_(signature)_ Juliet Marsala
DEPUTY SECRETARY

**NOTE:** This certificate is issued for the above site(s) only and is not transferable
and should be posted in a conspicuous place in the facility.

HS 628 – 04/23

**Department of Human Services**
**Bureau of Human Service Licensing**
**LICENSING INSPECTION SUMMARY   PUBLIC**

August 12, 2024

████████████, PRESIDENT
WHITEHALL MANOR, INC.
1177 SIXTH STREET
WHITEHALL, PA, 18052

RE:     WHITEHALL MANOR
        1177 SIXTH STREET
        WHITEHALL, PA, 18052
        LICENSE/COC#: 21665

Dear ████████████,

As a result of the Pennsylvania Department of Human Services, Bureau of Human Service Licensing review on 06/12/2024 of the above facility, we have determined that your submitted plan of correction is fully implemented. Continued compliance must be maintained.

Please note that you are required to post this Licensing Inspection Summary at your facility in a conspicuous location.

████████

Human Services Licensing Supervisor

cc: Pennsylvania Bureau of Human Service Licensing

WHITEHALL MANOR                                                                21665

## Facility Information

**Name**: *WHITEHALL MANOR*                **License #**: *21665*    **License Expiration**: *10/24/2024*

**Address**: *1177 SIXTH STREET, WHITEHALL, PA 18052*

**County**: *LEHIGH*                **Region**: *NORTHEAST*

## Administrator

**Name**: ▮▮▮▮▮▮              **Phone**: ▮▮▮▮▮▮              **Email**: ▮▮▮▮▮▮

## Legal Entity

**Name**: *WHITEHALL MANOR, INC.*

**Address**: *1177 SIXTH STREET, WHITEHALL, PA, 18052*

**Phone**: ▮▮▮▮              **Email**: ▮▮▮▮▮▮

## Certificate(s) of Occupancy

**Type**: *C-2 LP*                **Date**: *05/19/2006*                **Issued By**: *DLI*

## Staffing Hours

**Resident Support Staff**: *0*        **Total Daily Staff**: *137*        **Waking Staff**: *103*

## Inspection Information

**Type**: *Partial*        **Notice**: *Unannounced*        **BHA Docket #**:

**Reason**: *Incident*                **Exit Conference Date**: *06/12/2024*

## Inspection Dates and Department Representative

*06/12/2024 - On-Site:* ▮▮▮▮▮▮

## Resident Demographic Data as of Inspection Dates

### General Information

**License Capacity**: *130*                **Residents Served**: *100*

### Secured Dementia Care Unit

**In Home**: *No*        **Area**:        **Capacity**:        **Residents Served**:

### Hospice

**Current Residents**: *37*

### Number of Residents Who:

**Receive Supplemental Security Income**: *0*        **Are 60 Years of Age or Older**: *90*

**Diagnosed with Mental Illness**: *0*        **Diagnosed with Intellectual Disability**: *0*

**Have Mobility Need**: *37*        **Have Physical Disability**: *0*

## Inspections / Reviews

### 06/12/2024   Partial

**Lead Inspector**: ▮▮▮        **Follow-Up Type**: *POC Submission*        **Follow-Up Date**: *07/13/2024*

### 07/19/2024 - POC Submission

**Submitted By**: ▮▮▮▮        **Date Submitted**: *08/09/2024*

**Reviewer**: ▮▮▮▮        **Follow-Up Type**: *POC Submission*        **Follow-Up Date**: *07/26/2024*

WHITEHALL MANOR                                                                                    21665

## Inspections / Reviews (continued)

### 08/01/2024   POC Submission                                                                    3 of 5

| | |
|---|---|
| **Submitted By:** ▮▮▮▮▮ | **Date Submitted:** *08/09/2024* |
| **Reviewer:** ▮▮▮▮▮ | **Follow Up Type:** *Document Submission*   **Follow Up Date:** *08/06/2024* |

### 08/12/2024   Document Submission

| | |
|---|---|
| **Submitted By:** ▮▮▮▮▮ | **Date Submitted:** *08/09/2024* |
| **Reviewer:** ▮▮▮▮▮ | **Follow Up Type:** *Not Required* |

06/12/2024                                                                                          3 of 5

## 21 - Off-Premises Activity

### 1. Requirements

2600.
21. Offsite Services - If services or activities are provided by the home at a location other then the premises, the home shall ensure that the resident's support plans are followed and that resident health and safety are met.

### Description of Violation

Resident # 1's Resident Assessment and Support Plan (RASP) dated ▮▮▮▮ indicates ▮▮ needs supervision in unfamiliar places and outside the facility. ▮▮ was taken on a trip with other residents to Wind Creek Casino on 5-1-24. The resident wondered away from the group, and was found at the bar in the casino.

### Plan of Correction                                    *Accept (▮▮ - 08/01/2024)*

Immediate action was taken on 6/13/24 which Administration met with activities and informed staff that prior to taking a resident on an outside outting that the resident's RASP will be reviewed to see level of supervision.

To ensure continued compliance Administration , Activities and Nursing will ensure that alll residents going to outside activities are properly supervised as indicated in their RASP. In addition an additonal direct care staff person will also attend any outside outting scheduled by the facility so resident's can be supervised at all times. This will be overseen by Administration and this will be done at each scheduled outside trip. This has been implemented as of 7/24/24.

Preparation and submission of this Plan of Correction does not constitute an admission or agreement by the personal care home of the truth of the facts alleged or of the correctness of the conclusion set forth on the License Inspection Summary. This Plan of Correction is prepared and submitted to meet requirements under state law. The personal care home reserves any and all applicable rights to appeal pursuant to 55 Pa. Code §55 Pa. Code 20 et seq. and 2600.263.

**Licensee's Proposed Overall Completion Date:** *07/24/2024*

*Implemented* ▮▮ *- 08/12/2024)*

## 42b - Abuse

### 2. Requirements

2600.
42.b. A resident may not be neglected, intimidated, physically or verbally abused, mistreated, subjected to corporal punishment or disciplined in any way.

### Description of Violation

Resident #2's debit card was taken by former employee A, who made withdrawals on ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ with a total amount of ▮▮▮▮.

### Plan of Correction                                    *Accept* ▮▮ *- 08/01/2024)*

When this came to the attention of Administration on ▮▮▮ immediate action was taken in which Employee A was immediately terminiated. Administration notified Aging and the Department of incident on 5/16/24 Administration worked with the bank and police department and all resident funds were restored back to the resident by 5/20/24.

To ensure continued compliance, Administration and HR reviewed abuse and neglect regulations with all employees during the June monthy all staff training. Administration, Nursing and HR will ensure that residents are safely securing their items and this will be done on a weekly basis. Personal Care Home will continue to remind staff on

## 42b   Abuse (continued)

of regulaton 42b. This will be overseen by Administration to ensure on going compliance  and this was fully implemented on 7/24/24

Preparation and submission of this Plan of Correction does not constitute an admission or agreement by the personal care home of the truth of the facts alleged or of the correctness of the conclusion set forth on the License Inspection Summary. This Plan of Correction is prepared and submitted to meet requirements under state law. The personal care home reserves any and all applicable rights to appeal pursuant to 55 Pa. Code §55 Pa. Code 20 et seq. and 2600.263.

     **Licensee's Proposed Overall Completion Date:** *07/24/2024*

*Implemented (*█*  - 08/12/2024)*

## 42c - Treatment of Residents

### 3. Requirements

2600.
42.c.  A resident shall be treated with dignity and respect.

### Description of Violation

*Staff B stated to Resident #1 to, "get in the damn car," when Resident #1 was intoxicated and causing a scene at a restaurant on a trip.*

#### Plan of Correction        *Accept (*█*  - 08/01/2024)*

*Immediate action was taken and Staff person B was addressed by Administration on* █████ *regarding respect and dignity and how to properly address residents. This was re  reviewed with Staff person B on* ██████
*To ensure continued compliance dignity and respect of residents was reviewed with staff at the June all staff training. Administration, HR and Nursing supervisors will continue to review with staff on treating residents with dignity and respect on a weekly basis and at time of orientaton. This will be overseen by Administration to ensure ongoing compliance with a completion date of 7/24/24.*

*Preparation and submission of this Plan of Correction does not constitute an admission or agreement by the personal care home of the truth of the facts alleged or of the correctness of the conclusion set forth on the License Inspection Summary. This Plan of Correction is prepared and submitted to meet requirements under state law. The personal care home reserves any and all applicable rights to appeal pursuant to 55 Pa. Code §55 Pa. Code 20 et seq. and 2600.263.*

     **Licensee's Proposed Overall Completion Date:** *07/24/2024*

*Implemented (*█*  - 08/12/2024)*



# CERTIFICATE OF COMPLIANCE

This certificate is hereby granted to **SAUCON VALLEY MANOR INC.**
LEGAL ENTITY

To operate **SAUCON VALLEY MANOR**
NAME OF FACILITY OR AGENCY

Located at **1050 MAIN STREET, HELLERTOWN, PA  18055**
(COMPLETE ADDRESS OF FACILITY OR AGENCY)

ADDRESS OF SATELLITE SITE/SERVICE LOCATION

ADDRESS OF SATELLITE SITE/SERVICE LOCATION

ADDRESS OF SATELLITE SITE/SERVICE LOCATION

To provide **Personal Care Homes**
TYPE OF SERVICE(S) TO BE PROVIDED

The total number of persons which may be cared for at one time may not exceed **201**
or the maximum capacity permitted by the Certificate of Occupancy, whichever is smaller.
(MAXIMUM CAPACITY)

Restrictions: **Secure Dementia Care Unit - 55 Pa.Code §§ 2600.231-239 - Capacity 100**

This certificate is granted in accordance with the Human Services Code of 1967, P.L. 31, as amended, and Regulations

**55 Pa.Code Chapter 2600: Personal Care Homes**
(MANUAL NUMBER AND TITLE OF REGULATIONS)

and shall remain in effect from **September 3,** **2024** until **September 3,** **2025** ,
unless sooner revoked for non-compliance with applicable laws and regulations.

No: **205810**

_____
ISSUING OFFICER

_____
DEPUTY SECRETARY

**NOTE:** This certificate is issued for the above site(s) only and is not transferable
and should be posted in a conspicuous place in the facility.

HS 628 – 04/23



Emailing date: September 4, 2024

Saucon Valley Manor Inc.
1050 Main Street
Hellertown, Pennsylvania 18055

RE:    Saucon Valley Manor
Certificate #: 205810

Dear Saucon Valley Manor Inc.:

The Department has received your May 31, 2024 renewal application to operate the above Personal Care Home pursuant to Title 55, PA Code, Chapter 2600.  A regular license is being issued in response to your application.  Your license is enclosed.

Please be advised that, pursuant to 55 Pa.Code § 20.31 (relating to annual inspection), the Department is required to conduct an onsite inspection of the above Personal Care Home at least once every twelve months.  The Department will conduct an inspection of Saucon Valley Manor within the next twelve months.  If evidence of noncompliance with Title 55, PA Code, Chapter 2600 is found during the inspection, the Department will take appropriate enforcement action.

If you have any questions about the Department's process, please contact the Bureau of Human Services Licensing's Provider Support Hotline at 1-866-503-3926 or by electronic mail at ra-pwarlheadquarters@state.pa.us.

Sincerely,

Juliet Marsala
Deputy Secretary
Office of Long-term Living

Enclosure
License



# CERTIFICATE OF COMPLIANCE

This certificate is hereby granted to **SAUCON VALLEY MANOR II LLC**
<br>LEGAL ENTITY

To operate **SAUCON VALLEY MANOR II**
<br>NAME OF FACILITY OR AGENCY

Located at **1050 MAIN STREET, HELLERTOWN, PA  18055**
<br>(COMPLETE ADDRESS OF FACILITY OR AGENCY)

<br>ADDRESS OF SATELLITE SITE/SERVICE LOCATION

<br>ADDRESS OF SATELLITE SITE/SERVICE LOCATION

<br>ADDRESS OF SATELLITE SITE/SERVICE LOCATION

To provide **Personal Care Homes**
<br>TYPE OF SERVICE(S) TO BE PROVIDED

The total number of persons which may be cared for at one time may not exceed **80**
<br>(MAXIMUM CAPACITY)
<br>or the maximum capacity permitted by the Certificate of Occupancy, whichever is smaller.

Restrictions: _____

This certificate is granted in accordance with the Human Services Code of 1967, P.L. 31, as amended, and Regulations

**55 Pa.Code Chapter 2600: Personal Care Homes**
<br>(MANUAL NUMBER AND TITLE OF REGULATIONS)

and shall remain in effect from **May 10,**  **2025**   until **May 10,**  **2026** ,
<br>unless sooner revoked for non-compliance with applicable laws and regulations.

No: **230070**

_____
<br>ISSUING OFFICER

_____
<br>DEPUTY SECRETARY

**NOTE:** This certificate is issued for the above site(s) only and is not transferable
and should be posted in a conspicuous place in the facility.

HS 628 – 04/23



## pennsylvania
### DEPARTMENT OF HUMAN SERVICES

Emailing date: March 31, 2025

Saucon Valley Manor II LLC

████████ ████████

RE:    Saucon Valley Manor II
1050 Main Steet
Hellertown, PA 18055
Certificate #: 230070

Dear Saucon Valley Manor II LLC:

The Department has received your January 17, 2025 renewal application to operate the above Personal Care Home pursuant to Title 55, PA Code, Chapter 2600. A regular license is being issued in response to your application.  Your license is enclosed.

Please be advised that, pursuant to 55 Pa.Code § 20.31 (relating to annual inspection), the Department is required to conduct an onsite inspection of the above Personal Care Home at least once every twelve months.  The Department will conduct an inspection of Saucon Valley Manor II within the next twelve months.  If evidence of noncompliance with Title 55, PA Code, Chapter 2600 is found during the inspection, the Department will take appropriate enforcement action.

If you have any questions about the Department's process, please contact the Bureau of Human Services Licensing's Provider Support Hotline at 1-866-503-3926 or by electronic mail at ra-pwarlheadquarters@state.pa.us.

Sincerely,

*Juliet Marsala*

Juliet Marsala
Deputy Secretary
Office of Long-term Living

Enclosure
License

**Department of Human Services**
**Bureau of Human Service Licensing**
## LICENSING INSPECTION SUMMARY   PUBLIC

May 13, 2025

████████████████████████████

SAUCON VALLEY MANOR INC.

████████████████

RE:   SAUCON VALLEY MANOR
1050 MAIN STREET
HELLERTOWN, PA, 18055
LICENSE/COC#: 20581

███████████████████,

As a result of the Pennsylvania Department of Human Services, Bureau of Human Service Licensing licensing inspections on 04/22/2025 of the above facility, no regulatory citations have been identified as a result of this inspection.

Please note that you are required to post this Licensing Inspection Summary at your facility in a conspicuous location.

Sincerely,

████████████████████████

Enclosure
Licensing Inspection Summary (LIS)

cc: Pennsylvania Bureau of Human Service Licensing

SAUCON VALLEY MANOR                                                                               20581

## Facility Information

**Name:** *SAUCON VALLEY MANOR*                **License #:** *20581*    **License Expiration:** *09/03/2025*

**Address:** *1050 MAIN STREET, HELLERTOWN, PA 18055*

**County:** *NORTHAMPTON*        **Region:** *NORTHEAST*

## Administrator

**Name:** ███████████████         **Phone:** ███████         **Email:** ██████████████
███                                  ███████████

## Legal Entity

**Name:** *SAUCON VALLEY MANOR INC.*
**Address:** ████████████████████████
**Phone:** ██████████    **Email:** █████████████

## Certificate(s) of Occupancy

**Type:** *I-2*                    **Date:** *11/13/2005*                **Issued By:** *L & I*

## Staffing Hours

**Resident Support Staff:** *0*        **Total Daily Staff:** *319*        **Waking Staff:** *239*

## Inspection Information

**Type:** *Partial*        **Notice:** *Unannounced*        **BHA Docket #:**

**Reason:** *Complaint, Incident*                **Exit Conference Date:** *05/22/2025*

## Inspection Dates and Department Representative

*04/22/2025 - On-Site:* █████████

## Resident Demographic Data as of Inspection Dates

### General Information

**License Capacity:** *201*                **Residents Served:** *192*

### Secured Dementia Care Unit

**In Home:** *Yes*        **Area:** *unit*        **Capacity:** *100*        **Residents Served:** *78*

### Hospice

**Current Residents:** *23*

### Number of Residents Who:

**Receive Supplemental Security Income:** *0*        **Are 60 Years of Age or Older:** *192*
**Diagnosed with Mental Illness:** *0*        **Diagnosed with Intellectual Disability:** *0*
**Have Mobility Need:** *127*        **Have Physical Disability:** *1*

## Inspections / Reviews

### 04/22/2025    Partial

**Lead Inspector:** █████████        **Follow-Up Type:** *Not Required*

## NO DEFICIENCIES FOUND

# EXHIBIT 3



**Report Claims Immediately by Calling\***
**1-800-238-6225**
*Speak directly with a claim professional*
*24 hours a day, 365 days a year*

\*Unless Your Policy Requires **Written** Notice or Reporting

# COMMERCIAL INSURANCE

## A Custom Insurance Policy Prepared for:

**WHITEHALL MANOR, INC.**
**1177 SIXTH ST**
**WHITEHALL PA 18052**

**Presented by:  THE YURCONIC AGENCY**



One Tower Square, Hartford, Connecticut 06183

```
                                    TRAVELERS CORP. TEL: 1-800-328-2189
                                    INSTITUTIONAL - B
                                    COMMON POLICY DECLARATIONS
                                    ISSUE DATE: 10/04/24
                                    POLICY NUMBER: P-630-9W381335-TIL-24
INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

1. NAMED INSURED AND MAILING ADDRESS:
   WHITEHALL MANOR, INC.  (AS PER IL T8 00)
   1177 SIXTH ST
   WHITEHALL, PA 18052


2. POLICY PERIOD:  From 10/01/24 to 10/01/25 12:01 A.M. Standard Time at
                                                your mailing address.
3. LOCATIONS
      Premises  Bldg.
      Loc. No.  No.  Occupancy              Address

      SEE IL T0 03



4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
   DELUXE PROPERTY COVERAGE PART DECLARATIONS            DX T0 00 11 12 TIL




5. NUMBERS OF FORMS AND ENDORSEMENTS
   FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93


6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                          containing its complete provisions:
   Policy                            Policy No.              Insuring Company



   DIRECT BILL
7. PREMIUM SUMMARY:
   Provisional Premium
   Due at Inception
   Due at Each
```



```
NAME AND ADDRESS OF AGENT OR BROKER:        COUNTERSIGNED BY:
   THE YURCONIC AGENCY (K1116)
   5910 HAMILTON BLVD
   ALLENTOWN, PA 18106                      _____
                                            Authorized Representative

                                            DATE:_____


IL T0 02 11 89(REV. 09-07)      PAGE 1 OF 1
OFFICE: READING
```

**TRAVELERS**

POLICY NUMBER:  P-630-9W381335-TIL-24

EFFECTIVE DATE:  10-01-24

ISSUE DATE:  10-04-24

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 02 11 89    COMMON POLICY DECLARATIONS
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
IL T3 18 05 11    COMMON POLICY CONDITIONS-DELUXE
IL T0 03 04 96    LOCATION SCHEDULE
IL T8 00          GENERAL PURPOSE ENDORSEMENT
```

DELUXE PROPERTY

```
DX T0 00 11 12    DELUXE PROP COV PART DECLARATIONS
DX 00 01 07 94    MORTGAGEE HOLDER SCHEDULE
DX 00 04 11 12    TABLE OF CONTENTS - DELUXE PROP COV PART
DX T1 00 11 12    DELUXE PROPERTY COVERAGE FORM
DX T1 01 11 12    DELUXE BI (AND EE) COVERAGE FORM
DX T4 61 11 12    BUSINESS INCOME-COINSURANCE
DX T4 64 11 12    ADDITIONAL INSURED-BUILDING OWNER
DX T4 75 11 12    PUBLIC RELATIONS CRISIS MANAGEMENT
DX T3 01 11 12    CAUSES OF LOSS-EARTHQUAKE
DX T3 02 11 12    CAUSES OF LOSS - BROAD FORM FLOOD
DX T3 15 11 12    SPOILAGE COVERAGE EXTENSION
DX T3 19 11 12    CAUSES OF LOSS - EQUIPMENT BREAKDOWN
DX T3 41 11 12    PROTECTIVE SAFEGUARDS
DX T3 79 11 12    LOSS PAYABLE PROVISIONS
DX T4 02 01 21    FEDERAL TERRORISM RISK INSURANCE ACT DIS
DX T4 49 11 12    EMERGENCY EVACUATION EXPENSE
DX T4 50 11 12    PERS PROP OF PATIENTS AND RESIDENTS
DX T5 21 01 23    DIGITAL ASSETS EXCLUSIONS
DX T3 98 01 23    ELECTRONIC VANDALISM LIMIT & OTHER CHANG
```

INTERLINE ENDORSEMENTS

```
IL T0 63 07 22    ACTUAL CASH VALUE
IL T4 12 03 15    AMNDT COMMON POLICY COND-PROHIBITED COVG
IL T4 14 01 21    CAP ON LOSSES FROM CERT ACTS OF TERRORIS
IL T4 40 10 20    PROTECTION OF PROPERTY
IL T9 15 09 07    PA CHANGES-CANCELLATION AND NONRENEWAL
IL T9 76 09 07    PENNSYLVANIA CHANGES
IL T9 77 07 94    PENNSYLVANIA NOTICE
```

POLICYHOLDER NOTICES

```
PN T1 89 02 23    JURISDICTIONAL INSP & CONTACT INFO REQ
```

IL T8 01 10 93                                          PAGE:   1 OF   1

# COMMON POLICY CONDITIONS – DELUXE

All Coverage Parts included in this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

    a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    b. 60 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. If the policy is cancelled, that date will become the end of the policy period. If a Coverage Part is cancelled, that date will become the end of the policy period as respects that Coverage Part only.

    Cancellation will not affect coverage on any shipment in transit on the date of the cancellation. Coverage will continue in full force until such property is delivered and accepted.

5. If this policy or any Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

1. We have the right but not obligated to:

    a. Make inspections and surveys at any time;

    b. Give you reports on the conditions we find; and

    c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake related only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

    a. Are safe or healthful; or

    b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. PREMIUMS

1. The first Named Insured shown in the Declarations:

    a. Is responsible for the payment of all premiums; and

    b. Will be the payee for any return premiums we pay.

2. We compute all premiums for this policy in accordance with our rules, rates, rating plans,

premiums and minimum premiums. The premium shown in the Declarations was computed based on rates and rules in effect at the time the policy was issued. On each renewal continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**G. WHEN WE DO NOT RENEW**

If we decide not to renew this policy we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 60 days before the expiration date.

**H. DELUXE PROPERTY COVERAGE PART-REFERENCE TO FORMS AND ENDORSEMENTS**

In some instances, the Deluxe Property Declarations may list endorsements included in the Deluxe Property Coverage Part that reference:

1. The Commercial Property Coverage Part;

2. The Commercial Inland Marine Coverage Part;

3. Commercial Property forms including, but not limited to, the following:

    a. Building and Personal Property Coverage Form;

    b. Business Income Coverage Form;

    c. Commercial Property Conditions;

    d. Causes of Loss – Special Form;

    e. Causes of Loss – Earthquake Form.

4. Commercial Inland Marine Forms including but not limited to the Transportation Coverage – Special Form

    Endorsements referencing the Commercial Property Coverage Part, Commercial Inland Marine Coverage Part, Commercial Property Forms, or Commercial Inland Marine Forms apply to the Deluxe Property Coverage Forms in the same manner as they apply to the Forms they reference.

**I. INSURANCE UNDER TWO OR MORE COVERAGE PARTS**

If two or more of this policy's Coverage Parts apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

---

This policy consists of the Common Policy Declarations and the Coverage Parts and endorsements listed in that declarations form.

In return for payment of the premium, we agree with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy. That insurance will be provided by the company indicated as insuring company in the Common Policy Declarations by the abbreviation of its name opposite that Coverage Part.

One of the companies listed below (each a stock company) has executed this policy, and this policy is countersigned by the officers listed below:

The Travelers Indemnity Company (IND)

The Phoenix Insurance Company (PHX)

The Charter Oak Fire Insurance Company (COF)

Travelers Property Casualty Company of America (TIL)

The Travelers Indemnity Company of Connecticut (TCT)

The Travelers Indemnity Company of America (TIA)

Travelers Casualty Insurance Company of America (ACJ)

Secretary                                                                President

**LOCATION SCHEDULE**                    **POLICY NUMBER:** P-630-9W381335-TIL-24

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period
10-01-24 to 10-01-25.

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 1 | 1 | 1177 6TH STREET WHITEHALL, PA 18052 | ELDERLY RESIDENTIAL NON- MEDICAL |
| 2 | 2 | ███████████ | ███████████ |
| 3 | 3 | 1050 MAIN STREET HELLERTOWN, PA 18055 | ELDERLY RESIDENTIAL NON- MEDICAL |
| 4 | 4 | ███████████ | |
| 5 | 5 | | |
| 6 | 6 | | |
| 7 | 7 | | |
| 7 | 8 | | |
| 7 | 9 | | |
| 8 | 10 | | |
| 9 | 11 | | |
| 10 | 12 | | |

IL T0 03 04 96                                    Page    1   (END)

POLICY NUMBER: P-630-9W381335-TIL-24                    GENERAL PURPOSE ENDORSEMENT


ITEM 1 NAMED INSURED TO READ:

WHITEHALL MANOR, INC.

███████████████████████████████

SAUCON VALLEY MANOR INC.


IL T8 00                                                    Page    1

**DELUXE PROPERTY**

**DELUXE PROPERTY**



One Tower Square, Hartford, Connecticut 06183

**DELUXE PROPERTY COVERAGE**
**PART DECLARATIONS**

**POLICY NUMBER:** P-630-9W381335-TIL-24
**ISSUE DATE:** 10-04-24

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

EFFECTIVE DATE:  Same as policy unless otherwise specified:

DELUXE PROPERTY COVERAGE FORM


COVERAGES AND LIMITS OF INSURANCE - DESCRIBED PREMISES

Insurance applies on a BLANKET basis only to a coverage or type of property for which a Limit of Insurance is shown below, and then only at the premises locations for which a value for such coverage or property is shown on the Statement of Values dated 08/25/23, or subsequently reported to and insured by us. For Insurance that applies to a specific premises location see Deluxe Property Coverage Part Schedule - Specific Limits.


| Blanket Description of Coverage or Property | Limits of Insurance |
|---|---|
| Building(s) and Your Business Personal Property | ■■■■■■■■ |

    COINSURANCE PROVISION:

    Coinsurance does not apply to the Blanket coverages
    as shown above.

    VALUATION PROVISION:

    Replacement cost (subject to limitations) applies to most
    types of covered property (See Valuation Loss Condition in DX T1 00).


| ADDITIONAL COVERED PROPERTY | Limits of Insurance |
|---|---|
| Personal Property at Undescribed Premises: | |
|     At any "exhibition" premises | Not Covered |
|     At any installation premises or temporary storage premises | Not Covered |
|     At any other not owned, leased or regularly operated premises | $ 25,000 |
| Personal Property in Transit: | $ 25,000 |


DX T0 00 11 12

PRODUCER: THE YURCONIC AGENCY                K1116    OFFICE: READING                177



**TRAVELERS J**                          One Tower Square, Hartford, Connecticut 06183

---

**DELUXE PROPERTY COVERAGE**          **POLICY NUMBER:** P-630-9W381335-TIL-24
**PART DECLARATIONS**                 **ISSUE DATE:** 10-04-24

DELUXE PROPERTY COVERAGE FORM - ADDITIONAL COVERAGES & COVERAGE EXTENSIONS

The Limits of Insurance shown in the left column are included in the coverage form and apply unless a Revised Limit of Insurance or Not Covered is shown in the Revised Limits of Insurance column on the right. The Limits of Insurance apply in any one occurrence unless otherwise stated.

| | Limits of Insurance | Revised Limits of Insurance |
|---|---|---|
| Accounts Receivable | | |
|     At all described premises | $ 50,000 | |
|     In transit or at all undescribed premises | $ 25,000 | |
| Appurtenant Buildings and Structures | $ 100,000 | |
| Claim Data Expense | $ 25,000 | |
| Covered Leasehold Interest - Undamaged Improvements & Betterments | | |
|     Lesser of Your Business Personal Property limit or: | $ 100,000 | |
| Debris Removal (additional amount) | $ 250,000 | |
| Deferred Payments | $ 25,000 | |
| Duplicate Electronic Data Processing Data and Media | $ 50,000 | |
| Electronic Data Processing Data and Media | | |
|     At all described premises | Included | |
| Employee Tools | | |
|     In any one occurrence | $ 25,000 | |
|     Any one item | $ 2,500 | |
| Expediting Expenses | $ 25,000 | |
| Extra Expense | $ 25,000 | |
| Fine Arts | | |
|     At all described premises | $ 50,000 | |
|     In transit | $ 25,000 | |
| Fire Department Service Charge | Included* | |
| Fire Protective Equipment Discharge | Included* | |
| Green Building Alternatives - Increased Cost | | |
|     Percentage    1 % | | |
|     Maximum amount - each building | $ 100,000 | |
| Green Building Reengineering and Recertification Expense | $ 25,000 | |
| Limited Coverage for Fungus, Wet Rot or Dry Rot - Annual Aggregate | $ 25,000 | |
| Loss of Master Key | $ 25,000 | |
| Newly Constructed or Acquired Property: | | |
|     Building - each | $ 2,000,000 | |
|     Personal Property at each premises | $ 1,000,000 | |
| Non-Owned Detached Trailers | $ 25,000 | |
| Ordinance or Law Coverage | $ 250,000 | $ 5,000,000 |

**DX T0 00 11 12**

PRODUCER: **THE YURCONIC AGENCY**              K1116    OFFICE: **READING**              177

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**DELUXE PROPERTY COVERAGE**
**PART DECLARATIONS**

**POLICY NUMBER:** P-630-9W381335-TIL-24
**ISSUE DATE:** 10-04-24

DELUXE PROPERTY COVERAGE FORM - ADDITIONAL COVERAGES & COVERAGE EXTENSIONS (continued)

|  | | Limits of Insurance | Revised Limits of Insurance |
|---|---|---|---|
| Outdoor Property | $ | 25,000 | |
|     Any one tree, shrub or plant | $ | 2,500 | |
| Outside Signs | | | |
|     At all described premises | $ | 100,000 | |
|     At all undescribed premises | $ | 5,000 | |
| Personal Effects | $ | 25,000 | |
| Personal Property At Premises Outside of the Coverage Territory | $ | 50,000 | |
| Personal Property In Transit Outside of the Coverage Territory | $ | 25,000 | |
| Pollutant Cleanup and Removal - Annual Aggregate | $ | 100,000 | |
| Preservation of Property | | | |
|     Expenses to move and temporarily store property | $ | 250,000 | |
|     Direct loss or damage to moved property | Included* | | |
| Reward Coverage | | | |
|     25% of covered loss up to maximum of: | $ | 25,000 | |
| Stored Water | $ | 25,000 | |
| Theft Damage to Rented Property | Included* | | |
| Undamaged Parts of Stock In Process | $ | 50,000 | |
| Valuable Papers and Records - Cost of Research | | | |
|     At all described premises | $ | 50,000 | |
|     In transit or at all undescribed premises | $ | 25,000 | |
| Water or Other Substance Loss - Tear Out and Replacement Expense | Included* | | |

*Included means included in applicable Covered Property Limit of Insurance

DELUXE BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM - DESCRIBED PREMISES

| Premises Location No. | Building No. | | Limits of Insurance |
|---|---|---|---|
| 1-10 | 1-12 | $ | ███████ |

70 % Coinsurance Applies. See Business Income - Coinsurance DX T4 61.

Rental Value:  Included

**DX T0 00 11 12**

PRODUCER: **THE YURCONIC AGENCY**          K1116    OFFICE: **READING**          177

 **TRAVELERS** J

One Tower Square, Hartford, Connecticut 06183

**DELUXE PROPERTY COVERAGE**
**PART DECLARATIONS**

**POLICY NUMBER:** P-630-9W381335-TIL-24
**ISSUE DATE:** 10-04-24

DELUXE BUSINESS INCOME(AND EXTRA EXPENSE) COVERAGE FORM - DESCRIBED PREMISES
(continued)

    Ordinary Payroll:  Included

DELUXE BUSINESS INCOME - ADDITIONAL COVERAGES AND COVERAGE EXTENSIONS

The Limits of Insurance, Coverage Period and Coverage Radius shown in the left
column are included in the coverage form and apply unless a revised Limit of
Insurance, Coverage Period, Coverage Radius or Not Covered is shown under the
column on the right. The Limits of Insurance apply in any one occurrence unless
otherwise stated.

| | Limits of Insurance, Coverage Period or Coverage Radius | Revised Limits of Insurance, Coverage Period or Coverage Radius |
|---|---|---|
| Business Income From Dependent Property | | |
|   At Premises Within the Coverage Territory | $ 100,000 | |
|   At Premises Outside of the Coverage Territory | $ 100,000 | |
| Civil Authority | | |
|   Coverage Period | 30 days | |
|   Coverage Radius | 100 miles | |
| Claim Data Expense | $ 25,000 | |
| Contract Penalties | $ 25,000 | |
| Extended Business Income | | |
|   Coverage Period | 180 days | |
| Fungus, Wet Rot or Dry Rot - Amended Period of Restoration | | |
|   Coverage Period | 30 days | |
| Green Building Alternatives - Increased Period of Restoration | | |
|   Coverage Period | 30 days | |
| Ingress or Egress | $ 25,000 | |
|   Coverage Radius | 1 mile | |
| Newly Acquired Locations | $ 500,000 | |
| Ordinance or Law - Increased Period of Restoration | $ 250,000 | |
| Pollutant Cleanup and Removal - Annual Aggregate | $ 25,000 | |
| Transit Business Income | $ 25,000 | |
| Undescribed Premises | $ 25,000 | |

**DX T0 00 11 12**

PRODUCER: **THE YURCONIC AGENCY**        K1116    OFFICE:**READING**     177



One Tower Square, Hartford, Connecticut 06183

**DELUXE PROPERTY COVERAGE**
**PART DECLARATIONS**

**POLICY NUMBER:** P-630-9W381335-TIL-24
**ISSUE DATE:** 10-04-24

CAUSES OF LOSS - EARTHQUAKE - aggregate in any one policy year, for all losses covered under the Causes of Loss - Earthquake endorsement, commencing with the inception date of this policy:

Annual
Aggregate Limit

   1. Applies at the following Building(s) numbered:

     001-012                                                   $     3,000,000

If more than one Annual Aggregate Limit applies in any one occurrence, the most we will pay is the highest involved Annual Aggregate Limit. The most we will pay during each annual period is the highest of the Annual Aggregate Limits shown.

CAUSES OF LOSS - BROAD FORM FLOOD - aggregate in any one policy year, for all losses covered under the Causes of Loss - Broad Form Flood endorsement, commencing with the inception date of this policy:

Annual
Aggregate Limit

   1. Applies at the following Building(s) numbered:

     001-012                                                   $     3,000,000

If more than one Annual Aggregate Limit applies in any one occurrence, the most we will pay is the highest involved Annual Aggregate Limit. The most we will pay during each annual period is the highest of the Annual Aggregate Limits shown.

   EXCESS OF LOSS LIMITATION APPLIES - See Causes of Loss - Broad Form Flood endorsement.

DEDUCTIBLES:

BY EARTHQUAKE:

   1. In any one occurrence, at the following Building(s) numbered:

     001-012                                                   $       50,000

**DX T0 00 11 12**

 **TRAVELERS J**                                    One Tower Square, Hartford, Connecticut 06183

**DELUXE PROPERTY COVERAGE**          **POLICY NUMBER:** P-630-9W381335-TIL-24
**PART DECLARATIONS**                 **ISSUE DATE:** 10-04-24

DEDUCTIBLES: (continued)

BY EARTHQUAKE: (continued)

    As respects Business Income Coverage a   72 hour deductible applies
    at all premises locations.

BY "FLOOD":

  1. At the premises location(s) of the following Building(s) numbered:

    001-006,009-012
    in any one occurrence                                        $       50,000

    As respects Business Income Coverage a   72 hour deductible applies
    at all premises locations.

  2. At the premises location(s) of the following Building(s) numbered:

    007,008
    in any one occurrence                                        $      100,000

    As respects Business Income Coverage a   72 hour deductible applies
    at all premises locations.

BUSINESS INCOME:

    As respects Business Income Coverage, for which no other deductible is
    stated above or in the coverage description, a  24 hour deductible applies.

ANY OTHER COVERED LOSS in any one occurrence:                      $       25,000

DX T0 00 11 12

PRODUCER: **THE YURCONIC AGENCY**                    K1116    OFFICE:**READING**              177

POLICY NUMBER: P-630-9W381335-TIL-24                    ISSUE DATE: 10-04-24

# MORTGAGE HOLDER SCHEDULE

| Premises Loc. No. | Bldg. No. | Mortgage Holder Name and Mailing Address |
|---|---|---|



| 1 | 1 | WINDSTREAM CAPITAL LLC<br>C/O PLANET LOAN SERVICING, LLC<br>PO BOX 7005<br>TROY                    MI 48007-7005 |
| 3 | 3 | WINDSTREAM CAPITAL LLC<br>C/O PLANET LOAN SERVICING, LLC<br>PO BOX 7005<br>TROY                    MI 48007-7005 |

DX 00 01 07 94

# EXHIBIT 4


A DataTrace Company

*PENNSYLVANIA TAX CERTIFICATION*

For: **CHICAGO TITLE INSURANCE COMPANY**
PARCEL #: 549893788632-1

| | | |
|---|---|---|
| ASSESSED OWNER: | ATIYEH ABRAHAM R | |
| | 1177 6TH ST  WHITEHALL, PA 18052-5212 | |
| LEGAL ADDRESS: | * 6TH ST | |

### CERTIFICATE OF CURRENT PROPERTY TAX STATUS FOR:

| | | Assessed Value | | Millage Rates | |
|---|---|---|---|---|---|
| **Lot Size:** | 2.3320 AC | | | | |
| **Prop Code:** | 4182 -- RESTAURANT | **Land:** | $91,200 | **Twp/Boro:** | 3.85 |
| | | **Improve:** | $12,500 | **County:** | 3.78 |
| | | **Total:** | $103,700 | **School:** | 21.9013 |

| | | | | |
|---|---|---|---|---|
| **Municipal:** | WHITEHALL TWP | **County:** LEHIGH | **State:** PA | |
| | 3219 MACARTHUR ROAD | | **Phone #:** (610) 437-5524 | |
| **Collector:** | TINA J KOREN | | **Phone #:** (610) 437-5524 | |
| **Address:** | 3221 MACARTHUR ROAD  WHITEHALL, PA 18052 | | | |
| **Payment:** | **Make check payable to:** TINA J KOREN, TAX COLLECTOR | Duplicate Bill Fee: $5.00 | | |

| | | |
|---|---|---|
| **School:** | WHITEHALL-COPLAY SD | |
| **Collector:** | TINA J KOREN | **Phone #:** (610) 437-5524 |
| **Address:** | 3221 MACARTHUR ROAD  WHITEHALL, PA 18052 | |
| **Payment:** | **Make check payable to:** TINA J KOREN, TAX COLLECTOR | Duplicate Bill Fee: $5.00 |

| | | |
|---|---|---|
| **County:** | LEHIGH COUNTY TREASURER | **Phone #:** (610) 782-3001 |
| **Address:** | 17 SOUTH SEVENTH STREET  ALLENTOWN, PA 18101 | |
| **Payment:** | **Make check payable to:** LEHIGH COUNTY TREASURER | Duplicate Bill Fee: $5.00 |

**Prior Year Taxes**          **Lehigh County Tax Claim**                                    **(610) 782-3112**

| Year | Amount | Status | Year | Amount | Status | Year | Amount | Status |
|---|---|---|---|---|---|---|---|---|
| 2022 | | Exempt | 2023 | | Exempt | 2024 | | Exempt |

**Prior Year Taxes**          **Portnoff Law Associates**                                    **(484) 690-9300**

| Year | Amount | Status | Year | Amount | Status | Year | Amount | Status |
|---|---|---|---|---|---|---|---|---|
| 2022 | | Exempt | 2023 | | Exempt | 2024 | | Exempt |

### Current Year Taxes

| | Discount | Face | Penalty |
|---|---|---|---|
| | **Ends: 4/30/2025** | **From: 5/1/2025 - 6/30/2025** | **Begins: 7/1/2025** |
| **Township 2025** | $391.26 | $399.25 **Exempt** | |
| **Trash 2025** | $602.70 | $615.00 **Exempt** | |
| Total: | $993.96 | $1,014.25 | |
| | **Ends: 8/31/2024** | **From: 9/1/2024 - 10/31/2024** | **Begins: 11/1/2024** |
| **School 2024** | $2,225.74 | $2,271.16 **Exempt** | |
| Total: | $2,225.74 | $2,271.16 | |

### INTERIM

Notes:          WHEN PROPERTY CODE CHANGES, INTERIMS MAY BE PENDING.

*Issuance of a building permit may result in an additional bill for the improvement. Bills reflect the taxable portion of the improvement from the date of certificate of occupancy.*

| | **Ends: 5/31/2025** | **From: 6/1/2025 - 7/31/2025** | **Begins: 8/1/2025** |
|---|---|---|---|
| **County 2025** | | **Exempt** | |
| Total: | | | |

*Charles Jones LLC guarantees that the above information accurately reflects*
*the contents of the public record as of 6/27/2025.*
**P.O. Box 8488, Trenton, NJ 08650-0488 · Phone (866) 665-1660 · Fax (866) 665-7075**



*PENNSYLVANIA TAX CERTIFICATION*

For: **CHICAGO TITLE INSURANCE COMPANY**
PARCEL #: 549893788632-1

| | |
|---|---|
| ASSESSED OWNER: | ATIYEH ABRAHAM R |
| | 1177 6TH ST  WHITEHALL, PA 18052-5212 |
| LEGAL ADDRESS: | * 6TH ST |

## INTERIM

**Notes:**        WHEN PROPERTY CODE CHANGES, INTERIMS MAY BE PENDING.

*Issuance of a building permit may result in an additional bill for the improvement. Bills reflect the taxable portion of the improvement from the date of certificate of occupancy.*

**Municipality Info:** CERTIFICATE OF OCCUPANCY REQUIRED, CONTACT TOWNSHIP OFFICE AT (610) 437-5524 FOR ADDITIONAL INFORMATION.

**County Info:** ELITE REVENUE SOLUTIONS COLLECTS DELINQUENT TAXES AND ACTS AS A TAX CLAIM BUREAU. THIS COLLECTOR MAY LEVY ADDITIONAL HANDLING COSTS AT ANY TIME DURING A MONTH. PLEASE CONTACT CHARLES JONES LLC PRIOR TO CLOSING FOR AN UPDATED TAX CLAIM AMOUNT TO BE COLLECTED. SEPARATE CHECKS REQUIRED FOR DUPLICATE BILL FEES PAYABLE TO COUNTY OF LEHIGH.

*Charles Jones LLC guarantees that the above information accurately reflects
the contents of the public record as of 6/27/2025.*
**P.O. Box 8488, Trenton, NJ 08650-0488 · Phone (866) 665-1660 · Fax (866) 665-7075**



*PENNSYLVANIA TAX CERTIFICATION*

For: **CHICAGO TITLE INSURANCE COMPANY**
PARCEL #: Q7SW2A-1-3-0715

|  |  |
|---|---|
| ASSESSED OWNER: | SAUCON TRUST |
|  | 1177 6TH ST  WHITEHALL, PA 18052-5212 |
| LEGAL ADDRESS: | 1050 MAIN ST |

## CERTIFICATE OF CURRENT PROPERTY TAX STATUS FOR:

| | | Assessed Value | | Millage Rates | |
|---|---|---|---|---|---|
| **Lot Size:** | 2.6100 AC | | | | |
| **Prop Code:** | 510 -- CONDO: COMMERCIAL | **Land:** | $0 | **Twp/Boro:** | 21.5 |
| | | **Improve:** | $2,000,000 | **County:** | 10.8 |
| | | **Total:** | $2,000,000 | **School:** | 55.2055 |

| | | | |
|---|---|---|---|
| **Municipal:** | HELLERTOWN BORO | **County:** NORTHAMPTON | **State:** PA |
| | 685 MAIN STREET | | **Phone #:**  (610) 838-7041 |
| **Collector:** | HELLERTOWN BOROUGH | | **Phone #:**  (610) 838-7041 |
| **Address:** | 685 MAIN STREET  HELLERTOWN, PA 18055 | | |
| **Payment:** | **Make check payable to:**  HELLERTOWN BOROUGH | Duplicate Bill Fee: $10.00 | |

| | | |
|---|---|---|
| **County:** | NORTHAMPTON COUNTY TREASURER | **Phone #:**  (610) 829-6186 |
| **Address:** | 669 WASHINGTON STREET  EASTON, PA 18042 | |
| **Payment:** | **Make check payable to:**  NORTHAMPTON COUNTY TREASURER | Duplicate Bill Fee: $0.00 |

| | | |
|---|---|---|
| **School:** | SAUCON VALLEY SD | |
| **Collector:** | KEYSTONE COLLECTION GROUP | **Phone #:**  (724) 978-0300 |
| **Address:** | 546 WENDEL RD  IRWIN, PA 15642 | |
| **Payment:** | **Make check payable to:**  KEYSTONE COLLECTIONS GROUP  Duplicate Bill Fee: $5.00 | |

| **Prior Year Taxes** | | **Northampton County Tax Claim** | | | | **(610) 829-6186** | |
|---|---|---|---|---|---|---|---|
| **Year** | **Amount** | **Status** | **Year** | **Amount** | **Status** | **Year** | **Amount** | **Status** |
| 2022 | | Paid in Full | 2023 | | Paid in Full | 2024 | $72,345.75 | Open |
| | | | | | | | | Due by 6/23/2025 |

**Additional Info:**   2024 DELINQUENTS INCLUDE BOROUGH & COUNTY

NORTHAMPTON COUNTY REVENUE 669 WASHINGTON ST., STE 2302,  EASTON, PA 18042

| **Prior Year Taxes** | | **Portnoff Law Associates** | | | | **(484) 690-9300** | |
|---|---|---|---|---|---|---|---|
| **Year** | **Amount** | **Status** | **Year** | **Amount** | **Status** | **Year** | **Amount** | **Status** |
| 2022 | | Paid in Full | 2023 | $139,098.69 | Open | 2024 | $121,700.54 | Open |
| | | | | | Due by 6/19/2025 | | | Due by 6/19/2025 |

**Additional Info:**   2024 SCHOOL FILE# 25-11014-0; 2023 SCHOOL FILE# 24-08397-0.

PORTNOFF LAW ASSOCIATES LTD, 2700 HORIZON DRIVE, SUITE 100, KING OF PRUSSIA, PA 19406.  (484)690-9300

PORTNOFF REQUIRES THE FILE NUMBERS ON CHECK FOR PAYMENT.

THIS PROPERTY MAY BE SUBJECT TO SHERIFF SALE. PLEASE CONTACT THE DELINQUENCY COLLECTOR FOR MORE INFORMATION PRIOR TO SETTLEMENT.

### Current Year Taxes

| | **Discount** | **Face** | **Penalty** |
|---|---|---|---|
| | **Ends:** 4/3/2025 | **From:** 4/4/2025 - 6/4/2025 | **Begins:** 6/5/2025 |
| **Borough 2025** | | $43,000.00 | $47,300.00 **Open** |
| Total: | | $43,000.00 | $47,300.00 |

*Charles Jones LLC guarantees that the above information accurately reflects*
*the contents of the public record as of 6/27/2025.*
**P.O. Box 8488, Trenton, NJ 08650-0488 · Phone (866) 665-1660 · Fax (866) 665-7075**



For: **CHICAGO TITLE INSURANCE COMPANY**
PARCEL #: Q7SW2A-1-3-0715

| | | |
|---|---|---|
| ASSESSED OWNER: | | SAUCON TRUST |
| | | 1177 6TH ST  WHITEHALL, PA 18052-5212 |
| LEGAL ADDRESS: | | 1050 MAIN ST |

## INTERIM

**Notes:**   NONE

*Issuance of a building permit may result in an additional bill for the improvement. Bills reflect the taxable portion of the improvement from the date of certificate of occupancy.*

| | **Ends:** 3/31/2025 | **From:** 4/1/2025 - 5/31/2025 | **Begins:** 6/1/2025 |
|---|---|---|---|
| **County 2025** | | $21,600.00 | $23,760.00 **Open** |
| Total: | | $21,600.00 | $23,760.00 |

## INTERIM

**Notes:**   NONE

*Issuance of a building permit may result in an additional bill for the improvement. Bills reflect the taxable portion of the improvement from the date of certificate of occupancy.*

| | **Ends:** 9/30/2024 | **From:** 10/1/2024 - 11/30/2024 | **Begins:** 12/1/2024 |
|---|---|---|---|
| **School 2024** | | $110,411.00 **Included in Prior** | $121,452.10 |
| Total: | | $110,411.00 | $121,452.10 |

## INTERIM

**Notes:**   NONE

*Issuance of a building permit may result in an additional bill for the improvement. Bills reflect the taxable portion of the improvement from the date of certificate of occupancy.*

**Municipality Info:**   DUPLICATE BILL FEE SCHEDULE: $10. 00 FOR BOROUGH REAL ESTATE TAX AND $10. 00 FOR BOROUGH GARBAGE/RECYCLING. EACH BILL IS REQUIRED TO BE PAID SEPARATELY AND INCLUDE A BILL. CERTIFICATE OF OCCUPANCY REQUIRED FOR NEW CONSTRUCTION AND CHANGE OF USE, CONTACT CHRIS AT BORO OFFICE AT (610) 838-7041 FOR ADDITIONAL INFORMATION.

*Charles Jones LLC guarantees that the above information accurately reflects
the contents of the public record as of 6/27/2025.*
**P.O. Box 8488, Trenton, NJ 08650-0488 · Phone (866) 665-1660 · Fax (866) 665-7075**

## **CERTIFICATE OF SERVICE**

I, Erin Duffy, certify that I served a true and correct copy of the foregoing to all counsel of record by ECF filing.


Dated: July 31, 2025                                    By:*/s/ Erin Duffy*

                                                        Erin Duffy