IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEHIGH VALLEY 1, LLC, successor by assignment to WINDSTREAM CAPITAL LLC, successor by assignment to the UNITED STATES SECRETARY OF HOUSING AND URBAN DEVELOPMENT, successor by assignment to M&T REALTY CAPITAL CORPORATION<br><br>v.<br><br>WHITEHALL FIDUCIARY LLC, as TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2027 | CIVIL ACTION<br><br>NO. 24-2627 |
| LEHIGH VALLEY 1, LLC, successor by assignment to WINDSTREAM CAPITAL LLC, successor by assignment to the UNITED STATES SECRETARY OF HOUSING AND URBAN DEVELOPMENT, successor by assignment to M&T REALTY CAPITAL CORPORATION<br><br>v.<br><br>SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007 | CIVIL ACTION<br><br>NO. 24-2709 |

## ORDER

**AND NOW**, this 13th day of August 2025, upon consideration of Plaintiff's Motion to Dismiss Counterclaims and to Strike Defendant's Affirmative Defenses (Docket No. 43 in case number 24-2627 and Docket No. 51 in case number 24-2709) and Defendants' oppositions thereto, as well as all replies and sur-replies, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion to Dismiss and to Strike is **GRANTED** in part and **DENIED** in part.

2. Plaintiff's Motion to Dismiss is **GRANTED** as to Defendants' Counterclaims and all Counterclaims are **STRICKEN** from Defendants' Answer.

3. Plaintiff's Motion to Strike is **GRANTED** as to Affirmative Defenses 7, 8, 10, 11, 12, 13, 14, 15, 16, 31, 32 and 34. These defenses are **STRICKEN** from Defendants' Answer with leave to amend.

4. Plaintiff's Motion to Strike is **GRANTED** as to Affirmative Defenses 2, 19 and 20. These defenses are **STRICKEN** from Defendants' Answer and no leave to amend will be given, as amendment would be futile.

5. Plaintiff's Motion to Strike is **DENIED** as to Affirmative Defenses 1, 3, 4, 5, 6, 17, 18, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30 and 33.

          **BY THE COURT:**

          */s/ Catherine Henry*
          **CATHERINE HENRY, J.**