**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LEHIGH VALLEY 1, LLC, successor by** | : | |
| **assignment to WINDSTREAM CAPITAL** | : | |
| **LLC, successor by assignment to the** | : | **CIVIL ACTION** |
| **UNITED STATES SECRETARY OF** | : | |
| **HOUSING AND URBAN DEVELOPMENT,** | : | |
| **successor by assignment to M&T REALTY** | : | |
| **CAPITAL CORPORATION** | : | **NO. 24-2627** |
| | : | |
| **v.** | : | |
| | : | |
| **WHITEHALL FIDUCIARY LLC, as** | : | |
| **TRUSTEE OF WHITEHALL TRUST U/T/A** | : | |
| **DATED AUGUST 1, 2027** | : | |

| | | |
|---|---|---|
| **LEHIGH VALLEY 1, LLC, successor by** | : | |
| **assignment to WINDSTREAM CAPITAL** | : | |
| **LLC, successor by assignment to the** | : | **CIVIL ACTION** |
| **UNITED STATES SECRETARY OF** | : | |
| **HOUSING AND URBAN DEVELOPMENT,** | : | |
| **successor by assignment to M&T REALTY** | : | **NO. 24-2709** |
| **CAPITAL CORPORATION** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SAUCON TRUST, U/T/A DATED** | : | |
| **OCTOBER 1, 2007** | : | |

## <u>NOTICE OF HEARING</u>

An **INITIAL PRETRIAL CONFERENCE** pursuant to Fed. R. Civ. P. 16 is scheduled for Monday, August 25, 2025, at 3:00 p.m. before the Honorable Catherine Henry in Chambers, United States District Court, 4th Floor - Holmes Building, 101 Larry Holmes Drive, Easton, Pennsylvania.

**IT IS ORDERED** as follows:

1. The parties shall make the required initial disclosures under Fed. R. Civ. P. 26(a) at least one day prior to the Initial Pretrial Conference.

2. Counsel shall complete and electronically file the required Report of Rule 26(f) Meeting incorporating all of the information described in the attached Report five (5) days prior to the conference.

3.      **Lead trial counsel is required to appear at the Initial Pretrial Conference**. If trial counsel is on trial in another matter, another attorney in the same office who is thoroughly familiar with this case is required to appear at the conference.

4.      If counsel is not fully authorized to settle the case at the Initial Pretrial Conference, then the client or a proxy with such authority must attend the conference or be available on call at the time of the scheduled conference.


*s/Tanya L. Allender*
**TANYA L. ALLENDER**
Courtroom Deputy to the
Honorable Catherine Henry
United States District Court Judge

**Date of Notice: August 15, 2025**
**Copies sent via ECF notification, only.**