**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LEHIGH VALLEY 1 LLC, successor by assignment to WINDSTREAM CAPITAL LLC, successor by assignment to the UNITED STATES SECRETARY OF HOUSING AND URBAN DEVELOPMENT, successor by assignment to M&T REALTY CAPITAL CORPORATION** | : : : : : : : : | **CIVIL ACTION**<br><br>**NO.  24-2627** |
| **v.** | : : | |
| **WHITEHALL FIDUCIARY LLC, as TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007** | : : : : | |

| | | |
|---|---|---|
| **LEHIGH VALLEY 1, LLC, successor by assignment to WINDSTREAM CAPITAL LLC, successor by assignment to the UNITED STATES SECRETARY OF HOUSING AND URBAN DEVELOPMENT, successor by assignment to M&T REALTY CAPITAL CORPORATION** | : : : : : : : : | **CIVIL ACTION**<br><br>**NO. 24-2709** |
| **v.** | : : | |
| **SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007** | : : : | |

**RECEIVER'S THIRD REPORT AND SUMMARY OF INVENTORY**

COMES NOW Duane Morris LLP through Erin Duffy, Esq., Receiver ("Receiver") in the

above styled and numbered cause and, pursuant to the Order Appointing Receiver entered by the

Court on May 2, 2025 ("Receivership Order"), files this Third Report and Summary of Inventory.

**I.      RECEIVER'S THIRD REPORT**

1.      Pursuant to the Receivership Order, Receiver submits to the Court this Third Report

for the senior living facilities owned by Whitehall Fiduciary LLC, as Trustee of Whitehall Trust

U/T/A Dated August 1, 2007 ("Whitehall") at 1177 6th Street, Whitehall, PA and Saucon Trust

U/T/A Dated October 1, 2007 ("Saucon") at 1050 Main Street, Unit # 1, Hellertown, PA

(collectively the "Properties"). This Third Report pertains to the Properties comprising the receivership as of September 2, 2025, and is more fully set forth on the attached **Exhibit "A"**, which is incorporated herein by reference.

2.      I hereby declare that the information contained in this Third Report is true, accurate and complete, to the best of my knowledge and belief.

## II.      SUMMARY OF INVENTORY

3.      Pursuant to paragraph 6(t) of the Receivership Order, Receiver also files this Summary of Inventory for the Property, as set forth in **Exhibit A**. This Summary of Inventory reflects that Receiver has not, as of September 2, 2025, taken inventory of property. Receiver has interviewed and is in the process of engaging a more local representative, Mr. Gregory Harris with Harlyn Consulting, located in Allentown, Pennsylvania. Mr. Harris will serve as property manager and address inventory. Gregory Harris will provide these services at a reasonable rate of $295/hour. Receiver is having ongoing discussions on the appointment.

4.      Receiver will supplement this Summary of Inventory once Receiver has taken a full inventory.

Dated:  September 2, 2025                    Respectfully submitted,

                                    By:  _/s/ Erin Duffy_____
                                        Erin M. Duffy (PA 93924)
                                        DUANE MORRIS LLP
                                        30 South 17th Street
                                        Philadelphia, PA 19103
                                        Tel.: (215) 979-1000
                                        Fax: (215) 979-1020
                                        emduffy@duanemorris.com


                                        *Receiver, Duane Morris LLP*

**EXHIBIT "A"**

**RECEIVER'S THIRD REPORT AND SUMMARY OF INVENTORY**

**INTRODUCTION**

Duane Morris through Erin Duffy, Esq. ("**Receiver**") was appointed as Receiver of two senior living facilities located at 1177 6th Street, Whitehall, PA ("**Whitehall Manor"**) and 1050 Main Street, Unit # 1, Hellertown, PA ("**Saucon Manor**") ("**Properties**") following the entry of the Order Appointing Receiver entered on May 2, 2025. The following is a summary as of September 2, 2025.

**STATUS OF THE PROPERTIES**

*Overview:* The Whitehall facility is a personal care home and memory care facility. Saucon Manor is a personal care home and memory care facility. Receivers' attorneys physically inspected both properties on May 21, 2025, and both Properties appeared to be fully operational and generally in good condition.

*Appointment:* Since appointment ("**Appointment**") as Receiver, Receiver has obtained copies of both properties' leases, trust information and employee identification numbers for both trusts, proof of insurance policies for both properties, Department of Human Services inspection summaries from 2024, and Department of Human Services certificates of compliance for Whitehall Manor. Receiver has also received a copy of a praecipe for default judgment as it relates to the previously reported pending Sheriff's tax sale. Receiver has run its own lien search on the properties. Receiver has also filed a Right to Know Request with the Pennsylvania Department of Human Services and received correspondence related to the Properties and their licensure. Receiver has additionally reviewed the Properties' leases and issued a letter to tenants indicating that certain lease amendments are null and void, and demanding payment of owed rent by August 11, 2025. Receiver also made a subsequent demand for undisputed rent and did not receive by August 11, 2025, any payment. Receiver is in the process of drafting additional demands for rent based upon the information provided in the bank statements received from Truist Bank. Receiver served on Truist Bank a subpoena for financial statements, to ensure that all that Defendants have provided is comprehensive, and received as of September 1, 2025, responsive documents from Truist Bank reflecting that Defendants' sole open accounts have no more than $8.00 in them and that a bank account with over $50,000 was closed in November 2024.

*Rent Collection & Occupancy:* Receiver did not collect any revenue in July. In addition, Borrower did not turn over any rents collected prior to Appointment, or any July rents collected following Appointment.

Receiver filed a Motion to Compel production of records to request the Court's intervention as to the lack of operating and property management documents, such as rent roll encompassing all occupants and receivables related to management companies. Receiver will serve upon tenants of the property a subpoena requesting such documentation from them.

*Make Ready Status/Marketing:* Receiver lacks information about vacancy, occupancy, and number of move-ins and move-outs during the month of May, June, and July, and is thus unable to determine what, if any, prescribed plan may be necessary.

**EXHIBIT "A" – RECEIVER'S THIRD REPORT**                                           **Page 1**

*Staff & Management:* Defendants state that they have no employees, and thus Receiver is not aware of how many employees are at the Properties, or the sufficiency of staffing to meet the needs of the residents.

*Licensing***:** Since the time of Appointment, upon information and belief, both Properties, remain in compliance with licensure requirements.

*Records & IT*: Following Appointment, Borrower's management companies have not yet provided Receiver with certain information needed for the operation of either Property, including a rent roll report, income statement or balance sheet. Defendants have stated that they do not own or maintain an information technology system.

*Maintenance:* Following Appointment, Receiver has not identified outstanding maintenance issues and will re-assess upon further information.

*Insurance:* Receiver has requested additional insurance documentation and Receiver's Real Estate Department has reviewed the existing documentation and determined that it is compliant with the requirements in the leases.

*Utilities and Contracts:* Receiver is unaware of any delinquency in utilities due to lack of records.

Receiver has not had the opportunity to review contracts in place at the Properties to determine where there may be outstanding amounts due. Receiver will do so upon receipt of existing contracts, which should be provided in accordance with the Court's Order granting Receiver's Motion to Compel (ECF nos. 124 and 98) and will be promptly reviewed upon receipt.

*Litigation:* Upon information and belief, there was a pending Sheriff's sale of 1050 Main Street, Hellertown, PA, scheduled for August 8, 2025, which has since been resolved by payment plan. Receiver will monitor compliance with the payment plan, in which property management companies will make monthly payments towards owed tax amounts. Property management companies have as of August 31st made all required payments thus far. Confirmation has been requested on September 2nd regarding payments due under the terms of the agreement for the month of September.

*Inspection of the Property:* Receiver has not re-assessed the Properties.

*Bank Account & Operations Overview:* Receiver has not yet established a new bank account for the Properties, but is in the process of establishing a bank account through its internal procedures. Receiver is in the process of obtaining electronic access to the Truist Bank accounts.

*Receiver's Compensation:* Pursuant to paragraph 17 of the Order Appointing Receiver, Receiver is entitled to an hourly Receivership Fee of $975, and reimbursement of reasonable costs and expenses associated with the Receivership. Since inception, Receiver has incurred to date $ 130,664.67 in legal fees and business expenses associated with the Appointment of the

Property. However, Receiver has not requested payment of any fees.

## SUMMARY OF INVENTORY

As noted, Receiver is in the process of engaging a local representative to assist with taking inventory and managing operations.

## <u>CERTIFICATE OF SERVICE</u>

Erin M. Duffy certified that on this 2nd day of September, 2025, a true and correct copy of the foregoing Receiver's Third Report and Summary of Inventory was electronically filed and made available to the Clerk of Court.

DUANE MORRIS LLP

*/s/ Erin M. Duffy*
Erin M. Duffy

---