IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEHIGH VALLEY 1 LLC** | : | |
| | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 24-2627 |
| | : | |
| **WHITEHALL FIDUCIARY LLC** | : | |
| | : | |

| | | |
|---|---|---|
| **LEHIGH VALLEY 1 LLC** | : | |
| | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 24-2709 |
| | : | |
| **SAUCON TRUST** | : | |

| | | |
|---|---|---|
| **WHITEHALL FIDUCIARY LLC and SAUCON TRUST** | : | |
| | : | |
| v. | : | |
| | : | |
| **UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,** *et al.* | : | |

**ORDER**

**AND NOW**, this 14th day of October 2025, upon consideration of HUD's Motion to Dismiss Third-Party Plaintiffs' Amended Third-Party Complaint (Docket No. 83), as well as the opposition thereto and HUD's reply, it is hereby **ORDERED** as follows:

1. HUD's Motion to Dismiss is **GRANTED**.

2. The Third-Party Complaint in this matter is **DISMISSED**.

3. HUD is **DISMISSED** from this action with prejudice.

BY THE COURT:

/s/ Catherine Henry
_____
**CATHERINE HENRY, J.**