**IN THE UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LEHIGH VALLEY 1 LLC, successor by** | : | |
| **assignment to WINDSTREAM CAPITAL** | : | |
| **LLC, successor by assignment to the** | : | **CIVIL ACTION** |
| **UNITED STATES SECRETARY OF** | : | |
| **HOUSING AND URBAN DEVELOPMENT,** | : | |
| **successor by assignment to M&T REALTY** | : | |
| **CAPITAL CORPORATION** | : | **NO.  24-2627** |
| | : | |
| **v.** | : | |
| | : | |
| **WHITEHALL FIDUCIARY LLC, as** | : | |
| **TRUSTEE OF WHITEHALL TRUST U/T/A** | : | |
| **DATED AUGUST 1, 2007** | : | |

| | | |
|---|---|---|
| **LEHIGH VALLEY 1, LLC, successor by** | : | |
| **assignment to WINDSTREAM CAPITAL** | : | |
| **LLC, successor by assignment to the** | : | **CIVIL ACTION** |
| **UNITED STATES SECRETARY OF** | : | |
| **HOUSING AND URBAN DEVELOPMENT,** | : | |
| **successor by assignment to M&T REALTY** | : | **NO. 24-2709** |
| **CAPITAL CORPORATION** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SAUCON TRUST, U/T/A DATED** | : | |
| **OCTOBER 1, 2007** | : | |

**RECEIVER'S FIFTH REPORT AND SUMMARY OF INVENTORY**

COMES NOW Duane Morris LLP through Erin Duffy, Esq., Receiver ("Receiver") in the

above styled and numbered cause and, pursuant to the Order Appointing Receiver entered by the

Court on May 2, 2025 ("Receivership Order"), files this Fifth Report and Summary of Inventory.

**I.      RECEIVER'S FIFTH REPORT**

1.      Pursuant to the Receivership Order, Receiver submits to the Court this Fifth Report

for the senior living facilities owned by Whitehall Fiduciary LLC, as Trustee of Whitehall Trust

U/T/A Dated August 1, 2007 ("Whitehall") at 1177 6th Street, Whitehall, PA and Saucon Trust

U/T/A Dated October 1, 2007 ("Saucon") at 1050 Main Street, Unit # 1, Hellertown, PA

(collectively the "Properties"). This Fifth Report pertains to the Properties comprising the

receivership as of November 3, 2025, and is more fully set forth on the attached **Exhibit "A"**, which is incorporated herein by reference.

2.      I hereby declare that the information contained in this Fifth Report is true, accurate and complete, to the best of my knowledge and belief.

## II.      SUMMARY OF INVENTORY

3.      Pursuant to paragraph 6(t) of the Receivership Order, Receiver also files this Summary of Inventory for the Property, as set forth in **Exhibit A**. This Summary of Inventory reflects that Receiver has not, as of November 3, 2025, taken inventory of property.  Receiver sent a request to schedule an inventory date to Tenants' and Defendants' counsel. However, Receiver may not be able to complete an inventory until Receiver has obtained a source of income for the Properties. Receiver has been attempting to collect rents in furtherance of this.

4.      Receiver will supplement this Summary of Inventory once Receiver has taken a full inventory.

Dated:  November 3, 2025                              Respectfully submitted,

By:  _/s/ Erin Duffy_____
Erin M. Duffy (PA 93924)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
Tel.: (215) 979-1000
Fax: (215) 979-1020
emduffy@duanemorris.com

*Receiver, Duane Morris LLP*

<u>**EXHIBIT "A"**</u>

**RECEIVER'S FIFTH REPORT AND SUMMARY OF INVENTORY**

<u>**INTRODUCTION**</u>

Duane Morris through Erin Duffy, Esq. ("**<u>Receiver</u>**") was appointed as Receiver of two senior living facilities located at 1177 6th Street, Whitehall, PA ("**<u>Whitehall Manor"</u>**) and 1050 Main Street, Unit # 1, Hellertown, PA ("**<u>Saucon Manor</u>**") ("**<u>Properties</u>**") following the entry of the Order Appointing Receiver entered on May 2, 2025. The following is a summary as of November 3, 2025.

<u>**STATUS OF THE PROPERTIES**</u>

***Overview:*** The Whitehall facility is a personal care home and memory care facility. Saucon Manor is a personal care home and memory care facility. Receivers' attorneys physically inspected both properties on May 21, 2025, and on September 30, 2025. Receiver has been notified that Good Shepherd Rehabilitation is operating out of Saucon Valley Manor and is a lessee at the property. Receiver was notified that the landlord for the property directed Good Shepherd Rehabilitation to pay November rent to either Saucon Trust or Saucon Valley Manor, Inc. Receiver on Friday, October 31st sent by mail and email and FedEx a demand for such rental payments to be directed to the Receiver. *See* **<u>Exhibit 1</u>**.

***Appointment:*** Since the last report post-appointment ("**<u>Appointment</u>**") as Receiver, Receiver has issued nonparty subpoenas to tenants and operators, Whitehall Manor, Inc. and Saucon Valley Manor, Inc. ("Tenants"), made demands for rental payment, and received and reviewed documents from Defendants. Receiver has developed the impression from its review that the properties are neither generating income nor in possession of meaningful income, as they have not collected rent from Tenants since March 2021, and do not appear to have a stream of income otherwise. That said, Receiver is making efforts to obtain rental payments from occupants of the properties, including Tenants, per the Receivership Order. Receiver has thus far been unable to obtain any requested documents from Tenants and has not received any rental payments from Tenants.

***Rent Collection & Occupancy:*** Receiver has not collected any rents. In addition, Defendants have not turned over any rents collected prior to Appointment, or any rents collected following Appointment. Tenants have not to date responded to Receiver's request for rent, despite Receiver sending a request on September 9 and an additional follow up on September 18, 2025. Receiver filed a Motion for Sanctions on October 6, 2025 to address Receiver's continuing inability to procure the information necessary to collect rental fees.

***Make Ready Status/Marketing:*** Receiver lacks information about vacancy, occupancy, and number of move-ins and move-outs during all months since Appointment, and is thus unable to determine what, if any, prescribed plan may be necessary. However, counsel for Defendants indicated during inspections at the Whitehall and Saucon facilities that there are 31 vacancies at Whitehall Manor and only 1 full-room vacancy at Saucon Valley Manor. Receiver is unable to determine from this limited information whether Whitehall is anticipating additional occupants.

**EXHIBIT "A" – RECEIVER'S FIFTH REPORT**                                                    **Page 1**

***Staff & Management:*** Defendants state that they have no employees, and Tenants refuse to produce documents related to employees. Thus Receiver is not aware of how many, or which, employees are at the Properties, or the sufficiency of staffing to meet the needs of the residents.

***Licensing*:** Since the time of Appointment, upon information and belief, both Properties, remain in compliance with licensure requirements.

***Records & IT***: Following Appointment, Tenants have not yet provided Receiver with certain information needed for the operation of either Property, including a rent roll report, income statement or balance sheet, as noted above. Defendants have stated that they do not own or maintain an information technology system.

***Maintenance:*** Following Appointment, Receiver has not identified outstanding maintenance issues and will re-assess upon further information.

***Insurance:*** Receiver requested additional insurance documentation and Receiver's Real Estate Department has reviewed the existing documentation and determined that it is compliant with the requirements in the leases. Receiver confirmed with counsel for Defendants that Defendants have renewed the required insurance and are awaiting receipt of renewed insurance policies.

***Utilities and Contracts:*** Receiver is unaware of any delinquency in utilities due to lack of records from Tenants.

***Litigation:*** Upon information and belief, there was a pending Sheriff's sale of 1050 Main Street, Hellertown, PA, scheduled for August 8, 2025, which has since been resolved by payment plan. Receiver will monitor compliance with the payment plan, in which tenants will make monthly payments towards owed tax amounts. Tenants have as of October 31, 2025, made all required payments. Confirmation has been requested regarding payments due under the terms of the agreement for the month of October. Receiver was made aware of a tax assessment appeal related to Whitehall Manor, which was scheduled to occur on September 16, 2025. Receiver on September 29, 2025, requested information as to the status of the appeal and any evidence submitted in furtherance of the appeal, and is awaiting production of this information. Receiver sent multiple follow ups requesting this information from counsel who represented the Whitehall property owner, Abraham Atiyeh, but have not received the information.

***Inspection of the Property:*** Receiver re-assessed the properties alongside representatives for the Plaintiff and counsel for Defendants on September 30, 2025. The Whitehall facility had multiple holes in the ceilings, in particular, holes in the lower floor ceilings, and evidence of water damage. Upon information and belief, Tenants' maintenance is in the process of addressing these issues. Receiver possesses notes regarding other observations and may, if needed, inquire into the status of repairs.

***Bank Account & Operations Overview:*** Receiver provided Tenants and Defendants with bank account information to direct any rental payments to as of September 9, 2025.

**EXHIBIT "A" – RECEIVER'S FIFTH REPORT**                                    **Page 2**

**Receiver's Compensation:** Pursuant to paragraph 17 of the Order Appointing Receiver, Receiver is entitled to an hourly Receivership Fee of $975, and reimbursement of reasonable costs and expenses associated with the Receivership. Since inception, Receiver has incurred to date $ 201,094.83 in legal fees and business expenses associated with the Appointment of the Property.

## <u>CERTIFICATE OF SERVICE</u>

Erin M. Duffy certified that on this 3rd day of November, 2025, a true and correct copy of the foregoing Receiver's Fifth Report and Summary of Inventory was electronically filed and made available to the Clerk of Court.

DUANE MORRIS LLP


*/s/ Erin M. Duffy*
Erin M. Duffy