IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEHIGH VALLEY 1 LLC** : | |
| : | **CIVIL ACTION** |
| : | **NO. 24-2627** |
| : | |
| v. : | |
| : | |
| **WHITEHALL FIDUCIARY LLC** : | |
| : | |

| | |
|---|---|
| **LEHIGH VALLEY 1 LLC** : | |
| : | **CIVIL ACTION** |
| : | **NO. 24-2709** |
| : | |
| v. : | |
| : | |
| **SAUCON TRUST** : | |

## ORDER

**AND NOW**, this 5th day of December 2025, upon review of the Motion to Quash Subpoenas filed by multiple non-parties in this matter, as well as Plaintiff's opposition thereto and the non-parties' reply, it is hereby **ORDERED** as follows:

1. The Motions to Quash Subpoenas Issued to Non-Parties (Case No. 24-2627, Docket No. 136; Case No. 24-2709, Docket No. 112) are **DENIED** as set forth in the accompanying opinion.

2. Plaintiff shall revise its subpoenas to comply with the Court's limit of 30 document requests per non-party and shall re-serve the revised subpoenas upon the non-parties within 10 days of the date of this Order.

3. Whitehall Manor, Inc., Saucon Valley Manor, Inc., Brookside Commercial Construction Co., Inc., Pennsylvania Venture Capital, Inc., and Nimita Kapoor Atiyeh shall produce all documents responsive to the revised subpoenas, subject to appropriate redactions of

    resident names and identifying information, within 20 days of service of the revised subpoenas upon them.

4. To the extent any non-party contends that specific documents are protected by attorney-client privilege, work product protection, or other privilege, the non-party must provide a privilege log in accordance with Fed. R. Civ. P. 45 (e)(2)(A) within 20 days of service of the revised subpoenas upon them.

                                       **BY THE COURT:**

                                       */s/ Catherine Henry*
                                       **CATHERINE HENRY, J.**