IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEHIGH VALLEY 1 LLC** | : | |
| | : | **CIVIL ACTION** |
| | : | **NO. 24-2627** |
| | : | |
| v. | : | |
| | : | |
| **WHITEHALL FIDUCIARY LLC** | : | |
| | : | |

| | | |
|---|---|---|
| **LEHIGH VALLEY 1 LLC** | : | |
| | : | **CIVIL ACTION** |
| | : | **NO. 24-2709** |
| | : | |
| v. | : | |
| | : | |
| **SAUCON TRUST** | : | |

**ORDER**

AND NOW, this 9th day of December 2025, upon review of the Receiver's Motion to Compel Compliance with Subpoenas, as well as Tenants' opposition thereto, it is hereby **ORDERED** as follows:

1. The Receiver's Motions to Compel Compliance with Subpoenas Issued to Third Parties Whitehall Manor, Inc., and Saucon Valley Manor, Inc. (Case No. 24-2627, Docket No. 141; Case No. 24-2709, Docket No. 118) are **GRANTED**.

2. Whitehall Manor, Inc. and Saucon Valley Manor, Inc., shall produce all documents responsive to the Receiver's subpoenas within 20 days of the date of this Order, subject to the limitations set forth in the accompanying opinion.

3. To the extent Whitehall Manor, Inc. and/or Saucon Valley Manor, Inc. contends that specific documents are protected by attorney-client privilege, work product protection, or other privilege, the non-party must provide a privilege log in accordance with Fed. R. Civ. P. 45 (e)(2)(A) within 20 days of service of the subpoenas upon them.

**BY THE COURT:**

*/s/ Catherine Henry*
_____
**CATHERINE HENRY, J.**