**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LEHIGH VALLEY 1 LLC, successor by assignment to WINDSTREAM CAPITAL LLC, successor by assignment to the UNITED STATES SECRETARY OF HOUSING AND URBAN DEVELOPMENT, successor by assignment to M&T REALTY CAPITAL CORPORATION** | : : : : : : : : | **CIVIL ACTION**  **NO.  24-2627** |
| **v.** | : : : | |
| **WHITEHALL FIDUCIARY LLC, as TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007** | : : : | |

| | | |
|---|---|---|
| **LEHIGH VALLEY 1, LLC, successor by assignment to WINDSTREAM CAPITAL LLC, successor by assignment to the UNITED STATES SECRETARY OF HOUSING AND URBAN DEVELOPMENT, successor by assignment to M&T REALTY CAPITAL CORPORATION** | : : : : : : : : | **CIVIL ACTION**  **NO. 24-2709** |
| **v.** | : : : | |
| **SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007** | : : | |

**RECEIVER'S SEVENTH REPORT**

COMES NOW Duane Morris LLP through Erin Duffy, Esq., Receiver ("Receiver") in the

above styled and numbered cause and, pursuant to the Court's Order dated December 19, 2025

(Dkt. No. 102, 24-2709), files this Seventh Report.

1.      On December 26, 2025, Defendants Saucon Trust, Whitehall Trust, Saucon Manor,

Inc. and Whitehall Manor, Inc. filed Voluntary Petitions for Chapter 11 Relief under the United

States Bankruptcy Code; so the matters that were subject to Order Granting Receiver's Motion

for Sanctions are automatically stayed.

1

2.      Good Shepherd Rehabilitation Network on December 28, 2025 sent Receiver

$25,258.88 for October, November, and December rental payments.

3.      Due to the bankruptcy proceedings, Receiver is currently holding the rental fees

from Good Shepherd Rehabilitation Network in a client trust and will notify the Trustee of same.

Dated:  January 2, 2026                         Respectfully submitted,

By: _/s/ Erin Duffy_____
        Erin M. Duffy (PA 93924)
        DUANE MORRIS LLP
        30 South 17th Street
        Philadelphia, PA 19103
        Tel.: (215) 979-1000
        Fax: (215) 979-1020
        emduffy@duanemorris.com


*Receiver, Duane Morris LLP*

## CERTIFICATE OF SERVICE

Erin M. Duffy certified that on this 2nd day of January 2026, a true and correct copy of

the foregoing Receiver's Seventh Report was electronically filed and made available to the Clerk

of Court.

DUANE MORRIS LLP


/s/ Erin M. Duffy
Erin M. Duffy

1