**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LEHIGH VALLEY 1 LLC, successor by assignment to WINDSTREAM CAPITAL, LLC, successor by assignment to the UNITED STATES SECRETARY OF HOUSING AND URBAN DEVELOPMENT, successor by assignment to M&T REALTY CAPITAL CORPORATION, | ) ) ) ) ) ) ) ) ) | **NO. 5:24-CV-02627 (CH)** **CIVIL ACTION** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007, | ) ) ) ) | |
| Defendant. | ) ) | |
| LEHIGH VALLEY 1 LLC, successor by assignment to WINDSTREAM CAPITAL, LLC, successor by assignment to the UNITED STATES SECRETARY OF HOUSING AND URBAN DEVELOPMENT, successor by assignment to M&T REALTY CAPITAL CORPORATION, | ) ) ) ) ) ) ) ) ) | **NO. 5:24-CV-02709 (CH)** **CIVIL ACTION** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007, | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD AND REQUEST FOR**

**REMOVAL FROM ELECTRONIC FILING SERVICE LIST**

**PLEASE TAKE NOTICE** that I, Rebecca J. Price, Esquire, hereby withdraw as counsel for Defendants, Whitehall Fiduciary LLC, as Trustee of Whitehall Trust U/T/A dated August 1, 2007, and Saucon Trust, U/T/A dated October 1, 2007.  Accordingly, please remove me from the list of electronic case filing recipients for this matter.

Respectfully submitted,

**NORRIS McLAUGHLIN, P.A.**

Dated: <u>May 13, 2026</u>

<u>/s/ Rebecca J. Price</u>
Rebecca J. Price, Esquire
Attorney I.D. No. 206182
515 Hamilton Street, Suite 502
Allentown, PA 18101
Phone: (610) 391-1800

## **CERTIFICATE OF SERVICE**

I certify that, on May 13, 2026, I caused the foregoing document to be served on all counsel of record and pro se parties by using the Court's ECF electronic filing system.


/s/ *Rebecca J. Price*
Rebecca J. Price, Esquire